IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. 2:14-cv-16787

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

    Terressa Williams

2. Plaintiff's Spouse (if applicable)

    Russell Williams

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    N/A

4. State of Residence

    Georgia

5. District Court and Division in which venue would be proper absent direct filing.

    US District Court for the Middle District of Georgia, Macon Division

6. Defendants (Check Defendants against whom Complaint is made):

    ☑   A. Ethicon, Inc.

    ☑   B. Ethicon, LLC

Revised: 11/6/13

- ☑  C. Johnson & Johnson
- ☐  D. American Medical Systems, Inc. ("AMS")
- ☐  E. Boston Scientific Corporation
- ☐  F. C. R. Bard, Inc. ("Bard")
- ☐  G. Sofradim Production SAS ("Sofradim")
- ☐  H. Tissue Science Laboratories Limited ("TSL")
- ☐  I. Mentor Worldwide LLC
- ☐  J. Coloplast Corp.
- ☐  K. Cook Incorporated
- ☐  L. Cook Biotech, Inc.
- ☐  M. Cook Medical, Inc.

7. Basis of Jurisdiction

 - ☑  Diversity of Citizenship
 - ☐  Other:

  A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

  Paragraphs 1-5 and 9-11

  B. Other allegations of jurisdiction and venue:

  None

8. Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

   - [✓] Prolift
   - [ ] Prolift +M
   - [ ] Gynemesh/Gynemesh PS
   - [ ] Prosima
   - [ ] TVT
   - [ ] TVT-Obturator (TVT-O)
   - [ ] TVT-SECUR (TVT-S)
   - [ ] TVT-Exact
   - [ ] TVT-Abbrevo
   - [ ] Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

   - [✓] Prolift
   - [ ] Prolift +M
   - [ ] Gynemesh/Gynemesh PS
   - [ ] Prosima
   - [ ] TVT
   - [ ] TVT-Obturator (TVT-O)
   - [ ] TVT-SECUR (TVT-S)
   - [ ] TVT-Exact
   - [ ] TVT-Abbrevo

3

☐ Other

10. Date of Implantation as to Each Product:

   October 10, 2005

11. Hospital(s) where Plaintiff was implanted (including City and State):

   Houston Medical Center

   Warner Robins, Georgia

12. Implanting Surgeon(s):

   Dr. Richard Heaton

13. Counts in the Master Complaint brought by Plaintiff(s):

   ☑ Count I – Negligence

   ☑ Count II – Strict Liability – Manufacturing Defect

   ☑ Count III – Strict Liability – Failure to Warn

   ☑ Count IV – Strict Liability – Defective Product

   ☑ Count V – Strict Liability – Design Defect

   ☑ Count VI – Common Law Fraud

   ☑ Count VII – Fraudulent Concealment

   ☑ Count VIII – Constructive Fraud

| | |
|---|---|
| ☑ | Count IX – Negligent Misrepresentation |
| ☑ | Count X – Negligent Infliction of Emotional Distress |
| ☑ | Count XI – Breach of Express Warranty |
| ☑ | Count XII – Breach of Implied Warranty |
| ☑ | Count XIII – Violation of Consumer Protection Laws |
| ☑ | Count XIV – Gross Negligence |
| ☑ | Count XV – Unjust Enrichment |
| ☑ | Count XVI – Loss of Consortium |
| ☑ | Count XVII – Punitive Damages |
| ☑ | Count XVIII – Discovery Rule and Tolling |
| ☐ | Other Count(s) (Please state factual and legal basis for other claims below): |

s/ Ronald P. Hart III
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Ronald P. Hart III
Attorney for Plaintiffs
GA Bar No. 333694
Karsman, McKenzie & Hart
21 W Park Ave
Savannah, GA 31401
(912) 335-4977 Phone
(912) 388-2503 Fax
paul@kmtrial.com

5