# Exhibit 3

Daniel Steven Elliott, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., | :Master File No. |
| PELVIC REPAIR SYSTEM | :2:12-MD-0237 |
| PRODUCTS LIABILITY | : |
| LITIGATION | :MDL No. 2327 |

------------------------------------------------
| | |
|---|---|
| THIS DOCUMENT RELATES TO | :JOSEPH R. GOODWIN |
| THE CASES LISTED BELOW | :U.S. DISTRICT JUDGE |

------------------------------------------------

| | |
|---|---|
| Mullins, et al. V. Ethicon, Inc., et al. | 2:12-cv-02952 |
| Sprout, et al. V. Ethicon, Inc., et al. | 2:12-cv-07924 |
| Iquinto v. Ethicon, Inc., et al. | 2:12-cv-09765 |
| Daniel, et al. V. Ethicon, Inc., et al. | 2:13-cv-02565 |
| Dillon, et al. V. Ethicon, Inc., et al. | 2:13-cv-02919 |
| Webb, et al. V. Ethicon, Inc., et al. | 2:13-cv-04517 |
| Martinez v. Ethicon, Inc., et al. | 2:13-cv-04730 |
| McIntyre, et al. V. Ethicon, Inc., et al. | 2:13-cv-07283 |
| Oxley v. Ethicon, Inc., et al. | 2:13-cv-10150 |
| Atkins, et al. V. Ethicon, Inc., et al. | 2:13-cv-11022 |
| Garcia v. Ethicon, Inc., et al. | 2:13-cv-14355 |
| Lowe v. Ethicon, Inc., et al. | 2:13-cv-14718 |
| Dameron, et al. V. Ethicon, Inc., et al. | 2:13-cv-14799 |
| Vanbuskirk, et al. V. Ethicon, Inc., et al. | 2:13-cv-16183 |

SEPTEMBER 26, 2015
DANIEL STEVEN ELLIOTT, M.D.

Page 2

```
 1   CAPTION CONTINUED:
 2   Mullens, et al. V.        2:13-cv-16564
     Ethicon, Inc., et al.
 3   Shears, et al. V.         2:13-cv-17012
     Ethicon, Inc., et al.
 4   Javins, et al. V.         2:13-cv-18479
     Ethicon, Inc., et al.
 5   Barr, et al. V.           2:13-cv-22606
     Ethicon, Inc., et al.
 6   Lambert v. Ethicon,       2:13-cv-24393
     Inc., et al.
 7   Cook v. Ethicon, Inc.     2:13-cv-29260
     Stevens v. Ethicon,       2:13-cv-29918
 8   Inc., et al.
     Harmon v. Ethicon, Inc.   2:13-cv-31818
 9   Snodgrass v. Ethicon,     2:13-cv-31881
     Inc., et al.
10   Miller v. Ethicon, Inc.   2:13-cv-32627
     Matney, et al. V.         2:14-cv-09195
11   Ethicon, Inc., et al.
     Jones, et al. V.          2:14-cv-09517
12   Ethicon, Inc., et al.
     Humbert v. Ethicon,       2:14-cv-10640
13   Inc., et al.
     Gillum, et al. V.         2:14-cv-12756
14   Ethicon, Inc., et al.
     Whisner, et al. V.        2:14-cv-13023
15   Ethicon, Inc., et al.
     Tomblin v. Ethicon,       2:14-cv-14664
16   Inc., et al.
     Schepleng v. Ethicon,     2:14-cv-16061
17   Inc., et al.
     Tyler, et al. V.          2:14-cv-19110
18   Ethicon, Inc., et al.
     Kelly, et al. V.          2:14-cv-22079
19   Ethicon, Inc., et al.
     Lundell v. Ethicon,       2:14-cv-24911
20   Inc., et al.
     Cheshire, et al. V.       2:14-cv-24999
21   Ethicon, Inc., et al.
     Burgoyne, et al., V.      2:14-cv-28520
22   Ethicon, Inc., et al.
     Bennett, et al., V.       2:14-cv-29624
23   Ethicon, Inc., et al.
24
25
```

Page 3

```
 1        DEPOSITION OF DANIEL STEVEN ELLIOTT, M.D.,
 2   produced, sworn and examined on behalf of the
 3   Defendants, pursuant to Notice and Agreement, on
 4   Saturday, the 26th day of September, 2015, between the
 5   hours of 9:41 a.m. and 5:54 p.m. of that day, at the
 6   law offices of Wagstaff & Cartmell, LLP, 4740 Grand
 7   Avenue, in the City of Kansas City, in the County of
 8   Jackson, and the State of Missouri, before me,
 9   NAOLA C. VAUGHN, CCR No. 1052, CRR, RPR, a Certified
10   Court Reporter, within and for the States of Missouri
11   and Kansas.
```

Page 4

```
 1              APPEARANCES
 2   For the Plaintiffs:
 3     WAGSTAFF & CARTMELL, LLP
       4740 Grand Avenue
 4     Suite 300
       Kansas City, Missouri  64112
 5     816.701.1100
       tcartmell@wcllp.com
 6     BY: THOMAS P. CARTMELL
 7
     For the Defendants:
 8
       BUTLER SNOW, LLP
 9     500 Office Center Drive
       Suite 400
10     Fort Washington, Pennsylvania 19034
       267.513.1885
11     Burt.Snell@butlersnow.com
       BY: NILS B. (BURT) SNELL
12        and
       BUTLER SNOW, LLP
13     1020 Highland Colony Parkway
       Suite 1400
14     Ridgeland, Mississippi 39157
       601.948.5711
15     paul.rosenblatt@butlersnow.com
       BY: PAUL S. ROSENBLATT
```

Page 5

```
 1              I N D E X
 2   WITNESS: DANIEL STEVEN ELLIOTT, M.D.
 3   Examination by Mr. Snell ....................... 9, 326
 4   Examination by Mr. Cartmell .................... 323
 5
 6              EXHIBITS
 7   NUMBER   DESCRIPTION                              PAGE
 8   Exhibit 1 - Amended notice of Deposition of         9
 9       Daniel Elliott, M.D.
10   Exhibit 2 - Updated publication list              11
11   Exhibit 3 - International Journal of Urology      11
12       Long-term quality of life outcomes
13       and retreatment rates after robotic
14       sacrocolpopexy
15   Exhibit 4 - The Cochrane Collaboration            54
16       Mid-urethral sling operations for
17       stress urinary incontinence in women
18   Exhibit 5 - Oxford Level of Evidence Pyramid      60
19   Exhibit 6 - International Urogynecology Journal   66
20       Long-Term (10-15 years) Follow-up
21       after Burch Colposuspension for
22       Urinary Stress Incontinence
23   Exhibit 7 - Cochrane Database Syst Rev 2015       89
24       (Dr. Elliott's copy)
25
```

Page 22

1  clear.
2          So on this updated cohort of 60
3  patients --
4      A.   Oh, I see.
5      Q.   -- have you presented on those data
6  anywhere?
7      A.   No.  Not in the updated, no.
8      Q.   And then the small feasibility study
9  that you did publish on, you recall the mean
10 follow-up time was to four months?
11     A.   It was short-term, yes.
12     Q.   What's a feasibility study?
13     A.   Feasibility is a small cohort of
14 patients that understand that they're involved in
15 a study to determine whether or not this is a good
16 treatment option, where we're doing quality of
17 life assessments prior to and afterwards and
18 following very closely, looking at complications
19 and efficacy with 24-hour PAD tests.
20     Q.   How many cadaver slings do you use on
21 average each year?  And if that's changed year to
22 year, you can tell me that.
23     A.   Yeah.  The numbers are so -- quite
24 variable.  So it's difficult to give you a number
25 I would say autologous slings are probably going

Page 23

1  to be around, let's say, 30 or so.  And then
2  cadaverics are probably going to be probably less
3  than that.  Probably 10 or so a year.
4      Q.   You do about 30 or so autologous
5  pubovaginal slings; correct?
6      A.   About 30 a year, yes.  And that will
7  vary dramatically, yes.
8      Q.   And that's the traditional pubovaginal
9  sling procedure that's been referenced in the
10 literature for decades?
11     A.   Yes.  With the understanding that the
12 term "pubovaginal" is not necessarily a specific
13 way of doing it, but in general, you are correct.
14     Q.   And that's the sling that's -- where
15 the tissue is harvested from the patient herself;
16 correct?
17     A.   Correct.
18     Q.   Okay.  And the autologous pubovaginal
19 sling is not a medical device; is it?
20     A.   Correct.  It is not.
21     Q.   Why do you only use 10 or so cadaveric
22 slings a year?
23     A.   It's going to be dependent upon the
24 patients, the specific patient, the criteria they
25 have, multiple different surgeries, the quality of

Page 24

1  their tissue.  Because mostly what I'm seeing in
2  my practice is somebody that's been operated on
3  multiple times.  I'm not seeing usually the
4  first-time patient.  So, again, there's multiple
5  patient variables.
6      Q.   Do you have patients for whom you
7  offer the autologous pubovaginal sling and who
8  decline that operation?
9      A.   I suppose that could occur, but
10 usually those individuals are declining surgery
11 period, not declining the autologous sling.  So we
12 have to be very careful how we're phrasing that.
13 They are not a surgical candidate or they're
14 choosing not to undergo surgery for their
15 treatment.  They're not saying, I do not want a
16 autologous sling.
17     Q.   Are there patients for whom you've
18 treated that do not want a cadaveric sling?
19     A.   I have not encountered that, no.
20     Q.   Is the autologous transobturator sling
21 the primary -- sounds like it's the primary stress
22 urinary incontinence surgery you're doing?
23     A.   Primary being the most common?
24     Q.   Yes, sir.
25     A.   That would be correct, sir, at this

Page 25

1  point.  But, again, we're going to analyze the
2  data.
3      Q.   And the autologous transobturator
4  sling is not a medical device; is that correct?
5      A.   That's correct.
6      Q.   The cadaveric sling is not a medical
7  device; correct?
8      A.   Well, it's -- it's a device -- it's a
9  product that is purchased from the company
10 Coloplast.  So I don't think it qualifies.  It's
11 not a man-made device.
12     Q.   It's harvested from a dead person;
13 correct?
14     A.   Correct.
15     Q.   And the one mesh sling you used, I
16 think you said in August of 2013?
17     A.   Correct.
18     Q.   What type of mesh sling was that?
19     A.   That was a Coloplast product, the
20 Supris.
21     Q.   Why did you only use that Coloplast
22 Supris on one occasion?
23     A.   That was -- I can't recall the exact
24 patient issues with that one.  There was some
25 reason why we did not -- and that's one -- it

Page 26

1  wasn't in August of 2013. It's since August of
2  2013 there's only been one. So it's a major shift
3  in my practice. And I don't recall the reasons
4  why we chose it, but there was a medically
5  necessary reason, in my opinion, to do it.
6      Q.   What type of material is the Coloplast
7  material made of?
8      A.   It is a polypropylene mesh.
9      Q.   And what route is the Coloplast Supris
10 sling placed?
11     A.   It's a suprapubic approach.
12 Transvaginal suprapubic.
13     Q.   Can you explain that to me? I'm
14 familiar with retropubic and transobturator.
15     A.   Well, retropubic, all that means is
16 behind the pubic bone. So it doesn't describe to
17 a surgeon -- it doesn't describe -- it just
18 describes an anatomical location. The TVT is
19 bottom up. Supris or Sparc is top-down. That's
20 probably -- that's the easier way to --
21     Q.   So the Colopress -- strike that.
22          The Coloplast Supris polypropylene
23 mesh sling uses a top-to-bottom approach?
24     A.   Correct.
25     Q.   And just so I'm clear, you've used

Page 27

1  that sling on one occasion only?
2      A.   No. No. I've used that once since
3  August of 2013. Prior to that, I probably placed
4  1200 or so. For a while there I was doing 100 to
5  150 slings a year. Those were synthetic slings.
6  Those were the Coloplast, and that started in 2004
7  or so. So whatever the math is on that. So prior
8  to that I used another product. So what I'm
9  saying is I've stopped using polypropylene as a
10 first line treatment.
11     Q.   So from 2004 up to around the midpoint
12 of 2013, August 2013 --
13     A.   Correct.
14     Q.   -- you used Coloplast polypropylene
15 mesh slings as your primary surgical option for
16 the treatment of stress urinary incontinence?
17     A.   That's correct. At some point in
18 time -- I cannot recall the exact dates -- I
19 changed from using the AMS product, because of the
20 problems I was having with it, to the Coloplast
21 product. Again, we have to take with a grain of
22 salt, it was 2004, 2005, in that time frame. And
23 then it was exclusively the Coloplast product. No
24 other product. No other polypropylene mesh was
25 used.

Page 28

1      Q.   In the past 10 years, have you used
2  the Birch colposuspension?
3      A.   No, I have not.
4      Q.   In the past 10 years, have you used
5  the Marshall-Marchetti-Krantz colposuspension
6  procedure?
7      A.   No, I have not. I have not
8  personally. I've been involved in cases -- I
9  should take that back or strike it whatever your
10 legal terminology is.
11          I have been involved with GYN cases
12 who have done the Burch. I was not the surgeon
13 doing the Burch. I was doing something else. But
14 I have not personally done the Burch or the MMK
15 since fellowship, which was in '99 to 2000.
16     Q.   How many Burch procedures have you
17 personally done in your career?
18     A.   Probably two.
19     Q.   How many MMK procedures have you
20 personally done in your career?
21     A.   Zero.
22     Q.   The Burch colposuspension is not a
23 medical device; correct?
24     A.   Correct.
25     Q.   Besides the Supris Coloplast sling,

Page 29

1  what other Coloplast slings did you use?
2      A.   The Aris. A-i -- excuse me, A-r-i-s.
3  That is the transobturator. Same mesh, just a
4  different route.
5      Q.   So I take it you would have began
6  using the Coloplast Supris before the Coloplast
7  Aris sling?
8      A.   I don't recall the sequence of how
9  they were introduced. So it would have been about
10 the same time, because in that time frame,
11 transobturator route was available and suprapubic
12 route, or top-down was available. I would think I
13 probably started using both at the same time, if
14 they were available. I don't recall exactly.
15     Q.   Okay. You mentioned you had some
16 problems with AMS slings.
17     A.   Correct.
18     Q.   Were those AMS polypropylene slings?
19     A.   Correct. The Sparc, S-p-a-r-c, and
20 the Monarc, M-o-n-a-r-c. Because of those
21 problems, I stopped using the product.
22     Q.   Sparc is a retropubic sling?
23     A.   Correct. Top-down.
24     Q.   Top-down. And Monarc, as I understand
25 it, is an outside and transobturator sling?

Daniel Steven Elliott, M.D.

Page 66

1   Q. And that's recognized in the field as
2   an issue when looking at randomized -- strike
3   that.
4       When looking at longer term studies?
5   A. Yes and no with that. Death is looked
6   at differently than loss -- than a true loss to
7   follow-up. They had the 21 patients that were not
8   able to be located. Those are important. The 8
9   that died are still important. It's sad they
10  died, but you look at that data differently. And
11  statistically it's different. And that's a
12  follow-up over 12.4 years, median follow-up.
13      And you also asked the question about
14  other studies. There's also Herbertsson, et al.,
15  H-e-r-b-e-r-t-s-o-n, and then I'll spell the next
16  one, K-j-o-e-h-e-d-e, which had 14-year follow-up,
17  and those are specifically on Burch. So here's
18  three studies with greater than 10 years of
19  follow-up.
20  Q. Can I see the paper you were looking
21  at real quick. Can we mark this, Doctor, as an
22  exhibit?
23  A. Sure.
24      MR. SNELL: What number.
25      (Exhibit 6 marked.)

Page 67

1   Q. BY MR. SNELL: Look at table 5,
2   Doctor.
3   A. I'm there.
4   Q. There's a 22 percent rate of detrusor
5   instability; correct?
6   A. That is what they quote, yes.
7   Q. And what is that?
8   A. That -- I'd have to see how they
9   define it. De novo detrusor instability was found
10  in 17 patients. So that means, following the
11  procedure, it caused de novo overactive bladder
12  symptoms. So their overall rate they state is 29.
13  But only 17 of those were caused by the procedure.
14  Q. Okay. So about two-thirds were caused
15  by the procedure?
16  A. Yeah. 58 percent. So 17 out of 127
17  had de novo. 13 percent. So when you look at
18  graphs and tables, that's why it's difficult to be
19  a good reviewer. You have to look at the whole
20  big picture. Not just one graph.
21  Q. All right. The rate of dyspareunia
22  was 3.9 percent in this Burch study?
23  A. That is what they quote. Again, I'd
24  have to look at the study exactly, if that's
25  de novo or if that's preexisting or not. I'd have

Page 68

1   to search for that.
2   Q. Isn't 3.9 percent rate of dyspareunia
3   with the Burch acceptable?
4   A. Well, I think ideally you want a zero
5   percent dyspareunia, but you'd have to know and
6   which this study does not have, which I would
7   critique if I were reviewing it, is a qualifier of
8   how bad that dyspareunia is. Is it dryness or is
9   it a complete inability to have intercourse due to
10  pain, but it says 3.9 percent.
11  Q. Right. And my question is: Is that
12  3.9 percent rate of dyspareunia with the Burch in
13  the paper review reference acceptable?
14      MR. CARTMELL: Object to the form.
15  A. Again, I need to know if it was
16  de novo or not.
17  Q. BY MR. SNELL: So you can't answer my
18  question?
19  A. I would, if I can find dyspareunia in
20  here, where they discuss it. Yeah. I don't see
21  it. We can take a long time. I can search for
22  it. But I would need to see how they're
23  describing it in those things.
24  Q. I didn't see it either.
25  A. That is an issue with many studies.

Page 69

1   It is not included. That's why we keep saying
2   moderate quality. No. There's only -- in the
3   document there's only one time they mention
4   dyspareunia, and it's in that graph. So there's
5   no qualifiers to it.
6   Q. But it's still a paper you pointed me
7   to as important with regard to the Burch
8   colposuspension; correct?
9   A. That is correct.
10  Q. Back to the Cochrane Review. We were
11  looking at the Results section in the fourth
12  paragraph. It says, "The overall rate of vaginal
13  tape erosion/extrusion/exposure was low in both
14  groups." It was 21 out of 1,000 for retropubic
15  mid-urethral sling.
16      Do you see that?
17  A. That is what they state for the study,
18  yes.
19  Q. That's 2.1 percent; correct?
20  A. That is -- that is what they state,
21  yes.
22  Q. The 2.1 percent would be the incidents
23  of the mesh exposure; correct?
24  A. Well, that's what they state with the
25  understanding that these are short-term, moderate

18 (Pages 66 to 69)

Page 110

1  of patients with it, but I've never caused it.
2      Q.   Okay.  A little further down in that
3  paragraph in the Cochrane Review, under Adverse
4  effects, it says, "There is moderate quality
5  evidence that overall reported rates of
6  tape-related complications are low, such as
7  erosion of the tape into the vagina at about
8  2 percent for both routes of tape insertion."
9           Did I read that correctly?
10     A.   Yes, you did.
11     Q.   And do you agree with that?
12     A.   Disagree.
13     Q.   I didn't see in your expert report
14 where you identify what the rate of mesh exposure
15 was with the TVT device.
16     A.   That's because the true rate is not
17 known.
18     Q.   I didn't see where you reported any
19 rates of mesh exposure based on any studies for
20 the TVT retropubic device.
21          MR. CARTMELL:  Is that a question or
22 statement?
23     Q.   BY MR. SNELL:  Am I correct, Doctor?
24          MR. CARTMELL:  We'll stipulate that
25 that's not in there.

Page 111

1      A.   I don't believe and I don't recall
2  stating a specific number, no.
3      Q.   BY MR. SNELL:  And this Cochrane
4  Review you cite to in your report does say that
5  "The reported occurrence of problems with sexual
6  intercourse including pain was low"; correct?
7      A.   That's what they state, yes.
8      Q.   And you didn't acknowledge that point
9  in your report; did you?
10     A.   I talk about dyspareunia in there.
11     Q.   Did you acknowledge that the Cochrane
12 Review that you cite to states that problems with
13 sexual intercourse, including pain, were low in
14 your report?
15     A.   I don't recall using those specific
16 words, no.
17     Q.   Why not?
18     A.   Because, again, this is a
19 meta-analysis of poor quality or moderate quality
20 studies that do not focus on dyspareunia.  And
21 specifically they're short-term studies.  It does
22 not tell -- also, these are in the hands of
23 experts, high-volume surgeons.  Does not tell us
24 the rate of the true average surgeon out there,
25 which is known to be much higher.

Page 112

1      Q.   You say these studies are done by
2  expert high-volume surgeons.
3           First of all, how do you define an
4  expert high-volume surgeon?
5      A.   Well, Kuuva, et al., defined it as
6  anybody doing -- they said the learning curve on
7  the TVT is 15 or greater.
8           Okay.  So any -- most surgeons in the
9  United States, based upon people sitting for the
10 oral boards for urology, are doing 1 to 2 slings a
11 year.  Those people are not experts, but those are
12 the people putting in the majority of slings.
13          Okay.  Now, to answer your question,
14 how do we define an expert, it's going to be tough
15 to say, but they're going to be doing more than
16 that number.
17     Q.   Do you have a definition or a number
18 in your mind, when you keep mentioning expert
19 high-volume surgeons, what that is to you?
20     A.   It also -- because there's not a
21 specific answer to that because it depends upon
22 their level of training coming into the procedure
23 or did they do a fellowship.  Did they learn from
24 an expert.  Did they have Ulmsten or Nilsson come
25 in and teach them how to do it.  Those numbers are

Page 113

1  going to be different than an average person who
2  goes and has a three-hour Ethicon meeting and then
3  goes back out in the middle of nowhere USA and
4  puts them in.  For me, I would have to say if
5  they're not doing at least 25 or greater slings --
6  specific sling a year, they are going to possibly
7  be putting that patient at risk for complications.
8      Q.   Well, this study -- strike that.
9           This Cochrane Review included 81
10 trials.  So of all the investigators in all of
11 those 81 trials, how many of them performed at
12 least 25 or more TVT slings in a given year?
13          MR. CARTMELL:  Do you want him to look
14 at the underlying data and tell you that?
15          MR. SNELL:  I want him to answer my
16 question, Tom.
17          MR. CARTMELL:  Well, but you know --
18     A.   Let's get the Cochrane analysis out
19 and I'll look at that.
20          MR. CARTMELL:  Yeah.
21     Q.   BY MR. SNELL:  Well, did you bring it
22 here?
23     A.   No, I don't have that.
24     Q   BY MR. SNELL:  So you can't answer my
25 question?

Daniel Steven Elliott, M.D.

Page 142

1 retropubic as being a suitable surgical option for
2 surgeons to turn to; correct?
3   A.  Yeah.  Using the terminology you did,
4 it is one of the treatment options available.
5   Q.  And they looked at the literature, did
6 a systematic review, and they analyzed the data on
7 mid-urethral slings, Burch, and the autologous
8 pubovaginal slings, and came to that conclusion?
9   A.  Yes.  They analyzed more than just
10 those, but, yes, those are some of the ones they
11 analyzed.
12   Q.  Those were the main groups that they
13 reported on; correct?
14   A.  I'd have to look at your question --
15 it was, you know, retropubic, transobturator,
16 pubovaginal, and Burch.
17   Q.  Right.  In the AUGS/SUFU statement
18 they say, "The procedure is safe, effective, and
19 has improved the quality of life for millions of
20 women."
21       Do you see that?  I'm sorry.  Right
22 where we were at.
23   A.  Oh, I'm sorry.  Yes, I see that.
24   Q.  Do you agree or disagree with
25 AUGS/SUFU?

Page 143

1   A.  Disagree.
2   Q.  You disagree that the procedure is
3 effective?
4   A.  No.
5   Q.  Do you disagree that the procedure has
6 improved the quality of lives for millions of
7 women?
8   A.  I have no way of proving that.
9   Q.  You disagree the procedure is safe?
10   A.  Yes.
11   Q.  And do you believe that all
12 polypropylene mesh mid-urethral slings are unsafe?
13   A.  That are currently available on the
14 market now, I agree with you they are all unsafe.
15   Q.  Let me rephrase that.  I don't think I
16 asked you to agree with me.
17       MR. CARTMELL:  You did.
18       MR. SNELL:  No, I didn't.  I think --
19       MR. CARTMELL:  Do you disagree?
20       MR. SNELL:  Disagree the procedure is
21 safe, yes.
22   Q   BY MR. SNELL:  All right.  My question
23 was: And do you believe that all polypropylene
24 mesh mid-urethral slings are unsafe?
25   A.  Okay.  All the --

Page 144

1       MR. CARTMELL:  He answered it.
2 Objection.  Asked and answered.
3       We're reading it.  He says that are
4 "currently available on the market, I agree with
5 you, they are all unsafe."
6       MR. SNELL:  He's not agreeing with me,
7 because I didn't posit the question as "please
8 agree with me."  I'm just asking his opinion.
9   Q.  BY MR. SNELL:  Understand.  So let me
10 just -- let's just strike that and make sure we
11 get a clean Q and A.
12       Do you believe, Dr. Elliott, that all
13 of the polypropylene mesh mid-urethral slings
14 available for the treatment of female stress
15 urinary incontinence are unsafe?
16   A.  I believe that all the currently
17 available mesh slings available on the market as
18 of right now and their technique are unsafe.
19   Q.  You do not disagree, I take it, that
20 some women can have, following the TVT retropubic
21 placement, cure of their incontinence and
22 improvement in quality of life?
23       MR. CARTMELL:  Object to the form.
24   A.  It is a hypothetical individual, but
25 there are going to be studies that show, as of

Page 145

1 right now, they have had -- they've reached that.
2 The question is what will happen with long-term
3 follow-up.
4   Q   BY MR. SNELL:  Do you only treat
5 female stress incontinence or do you also treat
6 male stress incontinence?
7   A.  I treat both female and male voiding
8 dysfunction.
9   Q.  Do males have stress urinary
10 incontinence?
11   A.  Following prostate surgery.  Almost
12 exclusively that's what I see them for.
13   Q.  Do you use any medical devices for the
14 treatment of male stress urinary incontinence?
15   A.  Yes.  The AMS800 -- American Medical
16 Systems 800 artificial urinary sphincter.
17   Q.  And are there any lifelong registries
18 monitoring those patients?
19   A.  Yes.  The AMS -- American Medical
20 Systems keeps a registry of all implants.  Every
21 time I do a surgery on them, they are notified,
22 and I have to fill out a summary of what I did,
23 revision, complications, et cetera.
24   Q.  Do those track the patients lifelong?
25   A.  Yes.

Page 166

1  literature -- and let's go to my expert report on
2  this, on degradation and pore size. I've got the
3  literature stated from individuals like Klinge,
4  Klosterhalfen, Costello, Clave, et al., who will
5  disagree with you, that, no, that pore size is
6  insufficient to have adequate tissue incorporation
7  and prevention of the inflammation which then
8  causes degradation, et cetera.
9      Q.  Klinge and those doctors were
10 assessing hernia mesh, not the TVT device in the
11 application of stress incontinence in women;
12 correct?
13     MR. CARTMELL: Object to the form.
14     A.  Okay. And then --
15     Q   BY MR. SNELL: Is that a yes or no?
16     A.  No. I can't answer a separate yes or
17 no because my understanding is they're doing
18 hernia meshes in the abdomen. TVT is a hernia
19 mesh being put into the vagina. So it's going to
20 be a worse of an environment because of higher
21 bacteria counts. Different types of strain. So
22 if it performs poorly in the abdomen, it's going
23 to perform worse in the vagina.
24     Q.  All of the citations where you cite to
25 Klinge and those doctors in your report are in the

Page 167

1  context of hernia; correct?
2      A.  All right. Let's go to my expert
3  report on pore size, because if we're going to
4  talk about this in detail -- I spent a lot of time
5  on this, and so we can go to that. So I have it
6  down here beginning around page 18, where I
7  reference internal documents, studies, et cetera.
8      Q.  None of them being TVT retropubic
9  device studies that were in women; correct?
10     A.  Well, if --
11     Q.  That's a yes or no. So which one is
12 it?
13     MR. CARTMELL: No. You can answer.
14 Let him answer. You cut him off again. That's
15 twice in the last minute and a half.
16     MR. SNELL: No, no. I can say a yes
17 or no question, Tom; you know that.
18     MR. CARTMELL: So let him answer the
19 question. Go ahead.
20     MR. SNELL: It's a yes or no.
21     MR. CARTMELL: Go ahead.
22     A.  They have done studies looking at the
23 hernia mesh. Have Klinge, Klosterhalfen and
24 others done it specifically with the TVT? No.
25 But I have to extrapolate the data. That would

Page 168

1  have been something very good for Ethicon to have
2  done.
3      MR. SNELL: Move to strike everything
4  up to the responsiveness about "when they" with
5  regard to TVT, no.
6      Q.  BY MR. SNELL: You call him Klingel.
7      A.  Klinge.
8      Q.  Is it Klingel or Klinge? Because I
9  heard it all different ways.
10     MR. CARTMELL: I thought it's Klinge.
11     A.  It's Klinge.
12     MR. CARTMELL: Klinge, okay. He said
13 Klinge.
14     Q   BY MR. SNELL: Oh, I think he said
15 Klingel, like Chris Klingel? I just want to make
16 sure I know we're talking about the same person.
17 It's the same person; right?
18     A.  Klinge, yeah.
19     Q.  Okay. Look, I'm even worse than you
20 are with names, and you're pretty good with names.
21 I'm bad with them. All right.
22     MR. CARTMELL: Chris Klinge.
23     Q   BY MR. SNELL: So we were looking at
24 that NICE guideline. It says down --
25     MR. CARTMELL: NICE or NICE.

Page 169

1      Q   BY MR. SNELL: That's a good one.
2  It's abbreviated NICE.
3      A.  I know it.
4      Q.  All right. So for the NICE guideline
5  under colposuspension, it says, "Do not offer a
6  laparoscopic colposuspension as a routine
7  procedure for the treatment of stress UI in
8  women."
9       Do you see that?
10     A.  Yes, I do.
11     Q.  You've never done a laparoscopic
12 Burch; right?
13     A.  No, I have not.
14     Q.  Why would they say that respect to the
15 laparoscopic Burch?
16     A.  Well, the laparoscopic Burch is really
17 not a -- let me start over.
18      A laparoscopic Burch is not a true
19 Burch procedure. They have to modify it, and it's
20 not really even a Burch. And the success has been
21 poor with the laparoscopic procedure called the
22 laparoscopic Burch.
23     Q.  Under Biological slings they say, "Do
24 not offer anterior colporrhaphy, needle
25 suspensions, paravaginal defect repair and the MMK

Daniel Steven Elliott, M.D.

Page 222

1  Q.  My question is: You were aware of
2  these writings by Klinge with regard to TVT and
3  that mesh and the specific intended use of stress
4  urinary incontinence before you wrote your report;
5  right?
6  A.  I'm aware of this reference.
7  Q.  Yes.  You were --
8  A.  The one that I'm holding, Exhibit 20.
9  I don't recall if I've ever been aware of this.
10  Q.  The plaintiffs' lawyers never gave
11  that to you?
12  A.  I don't recall if they have.  I have
13  thousands of pages they've sent me.  It may have
14  been in there somewhere.  I have not seen this.
15  Again, if he were a pelvic surgeon, I would be
16  putting weight into his comments on gold standard
17  and things.  But all he's doing is parroting what
18  he's read somewhere else.  So, again, it is what
19  it is.
20  Q.  Can you point me to any other
21  publications by Klinge where he assesses the TVT
22  retropubic device in the application of stress
23  incontinence and discusses the clinical studies on
24  that device like he did in that paper I just
25  showed you, Exhibit 20?

Page 223

1     MR. CARTMELL:  Object to the form.  It
2  misstates the actual paper.
3  A.  He has studied extensively hernia
4  meshes.  TVT is a hernia mesh.  But to put all the
5  dots together as you very narrowed it down to, the
6  answer to that is no, not that I am aware of.
7  Q  BY MR. SNELL:  My focus is the
8  intended application of the treatment of stress
9  incontinence and those studies alone.
10     You haven't seen that paper or those
11  papers?
12  A.  As you word it there, I have not seen
13  that.  The intended application of the TVT mesh
14  was actually for hernias.  Not for female stress
15  incontinence.  So, again, he has studied the
16  intended purpose of that mesh.  He has not studied
17  it when it's been put into the vagina.
18  Q.  For the TVT device, that's what I'm
19  referring to for its intended -- you've
20  acknowledged that the TVT retropubic device is
21  intended to treat stress urinary incontinence;
22  right?
23  A.  The device is, but the mesh intended
24  use was for hernias, which was then extended to
25  the application of stress urinary incontinence.

Page 224

1  So, again, I'm agreeing with you and disagreeing
2  with you at the same time.  Not to be difficult.
3     MR. SNELL:  Okay.  Let's take a quick
4  break so I can get organized.
5        (Recessed from 3:05 p.m. to
6        3:07 p.m.)
7  Q  BY MR. SNELL:  I want to ask you about
8  your opinions about the mechanical cut of the TVT
9  retropubic device.
10     You've mechanically cut mesh before?
11  A.  Just the sacrocolpopexy mesh.  Not
12  sling mesh.
13  Q.  And did it ever concern you when you
14  were cutting sacrocolpopexy mesh mechanically?
15  A.  It didn't.  And now it does.
16  Q.  Do you still cut sacrocolpopexy mesh?
17  A.  No.  We modified -- well, we're in the
18  process of modifying it to using Restoril, which
19  will not hopefully have that problem.  It's
20  already hemmed.  And that is a concern of mine
21  which I now counsel my patients on.
22  Q.  And is it fair to say that you believe
23  the laser cut TVT mesh is defective?
24  A.  I think it's treated one -- to
25  specifically answer your question, yes.

Page 225

1  Q.  I didn't see in your expert report
2  where you cite to any TVT studies with regard to
3  clinical complications occurring at a
4  statistically higher rate with mechanical cut TVT
5  mesh as compared to laser cut TVT mesh.
6     Is that a fair summary of your report?
7  A.  You are correct.  I have not heard of
8  a study with that.  However, I'm basing that on
9  Nilsson's comment of a four-time -- four times
10  increased risk of vaginal extrusion with a laser
11  cut.
12  Q.  What comment is this by Nilsson?  I'm
13  sorry.
14  A.  That was in one of the documents I
15  read.  I don't know where I read it, but it's in
16  the document.
17  Q.  What methodology did you use to select
18  that one quote by Nilsson?
19  A.  Because he is arguably one of the
20  world's experts on it.  And so I value his opinion
21  on this.
22  Q.  Do you also value his statement in the
23  company documents that he will not use laser cut
24  mesh; that he only uses mechanical cut mesh?
25  A.  Absolutely.  That's supporting what I

57 (Pages 222 to 225)

Page 226

1  just said.
2      Q.  So you're aware that Nilsson only --
3  in the company documents, reports that he will
4  only use mechanical cut mesh?
5      A.  That's -- I don't know what his recent
6  statements are, but that the document that I read,
7  which that source can be found, he said he would
8  not use the laser cut because of the four times
9  increased risk of vaginal extrusion, and he would
10 only use the mechanical.  Then I read the other
11 individuals stating the exact opposite.  So I get
12 conflicting evidence.  I have not seen, to the
13 best of my knowledge and it may be out there
14 somewhere, a study, comparative, randomized
15 clinical study of the two.  I've not seen it.
16     Q.  Are you aware of any TVT retropubic
17 clinical data that reports that there's a higher
18 rate of complications with mechanically cut mesh
19 compared to laser cut mesh?
20     A.  I don't think overall there's going to
21 be a higher risk from one or the other.  They're
22 both bad and both have their set of complications.
23 So you're trading one set of problems for another
24 set of problems.
25     Q.  What studies are you specifically

Page 227

1  relying upon for your opinion with regard to the
2  mechanical cut TVT retropubic mesh, if any?
3      A.  Well, that's what I'm talking about.
4  The methodology that I have used with this,
5  concerning specifically mechanically cut, is
6  obviously the internal documentation, with
7  complaints coming in about the fraying, roping,
8  particle loss, the inflammation.  Reviewing of the
9  papers talking about various different
10 complications.  My clinical experience dealing
11 with patients.  Last week alone, there's one
12 patient.  Week before that, three, which were all
13 TVT patients.  Where that I see this mechanically
14 cut mesh.  Then my discussion with colleagues at
15 international and national meetings.  So all that
16 is going into it.
17     Q.  You said the papers.  You reference
18 papers.  Are you talking about Ethicon documents?
19     A.  Correct.  Well, I mean the medical
20 literature, too.
21     Q.  That's what I'm asking.  What medical
22 literature on TVT reports complications
23 attributed -- attributed to the mechanical cut
24 nature of the mesh?
25     A.  The defect in -- and every paper I've

Page 228

1  ever read on TVT.  If you have something
2  different, then I'll keep an open mind.  I have
3  yet to see any paper describe we're using
4  mechanically cut or we're using laser cut.  So I
5  can't base it upon that.
6      Q.  Okay.  So when I was asking about what
7  papers you were talking about, I thought you were
8  talking about Ethicon company documents and not
9  medical literature.
10     A.  No.  That was one of them.  The
11 internal documentation -- I'll just be clear.
12         As I stated in the previous answer,
13 internal Ethicon documentations, medical
14 literature, the emails back and forth, and then my
15 clinical experience.  That's how I came by it.
16         I am not here today to say that laser
17 cut is better or worse.  They're both bad in my
18 opinion.
19     Q.  So with regard to your selection of
20 which company documents to put in your expert
21 report on this mechanical cut issue, what was your
22 methodology in selecting those particular company
23 documents?
24     A.  My methodology of what I reviewed is
25 very simple.  Every document that I was provided

Page 229

1  with internal documentation from Ethicon I
2  reviewed.
3      Q.  So you were provided those by the
4  plaintiffs' lawyers?
5      A.  Correct.
6      Q.  My question to you is this:  Let's
7  focus on your methodology for which ones you
8  decided to cite in your expert report as support
9  for your points.
10        What was the methodology in that?
11     A.  You have to -- you have to analyze --
12     MR. CARTMELL:  Well, just for
13 clarification, you mean because they're all cited
14 in his report.
15     MR. SNELL:  No, they're not.
16     MR. CARTMELL:  There's a reliance
17 list.
18     MR. SNELL:  There's a reliance list,
19 but he cited certain things.
20     MR. CARTMELL:  Okay.  So you're
21 distinguishing between what's in a footnote versus
22 what's in the reliance list that's attached.
23     MR. SNELL:  Of course, because, I'm
24 sure, everything in the reliance list doesn't
25 support the things he says.

Page 238

1  Excuse me.
2  Q.  That's it. Yeah. Is that a paper
3  you're relying on?
4  A.  Yes.
5  Q.  Are there any studies in the stress
6  incontinence application with the use of TVT that
7  show that a lighter weight mesh is either more
8  efficacious -- strike that.
9      Let me just say is more efficacious
10 than the TVT?
11 A.  Can you rephrase the question, because
12 as I'm reading it. I can't quite understand.
13 Q.  Absolutely. Yeah.
14     Are there any clinical studies
15 evaluating efficacy in women with stress urinary
16 incontinence that show that a lighter weight mesh
17 works better than the TVT retropubic device?
18     MR. CARTMELL: Object to the form.
19 A.  No, I don't think the weight of the
20 mesh --
21     MR. CARTMELL: Can I -- can I get
22 this? Can we take a break.
23     MR. SNELL: Yeah. An opportune time.
24     (Recessed from 3:31 p.m. to
25      3:32 p.m.)

Page 239

1      MR. SNELL: Can you read back the
2  question?
3      (The reporter read the record as
4       requested.)
5  A.  As is worded there, I'm not aware of
6  it. I mean, Cobb and internal Ethicon documents
7  talk about lighter weight being better, fewer
8  complications, sort of things. But as you
9  specifically narrow it down to TVT, there is not
10 that study.
11 Q.  BY MR. SNELL: And my question -- the
12 initial question was on efficacy.
13 A.  No. As far as I know.
14 Q.  Okay.
15 A.  There is nothing out there, as far as
16 the lightweights.
17     The move was in hernias and pelvic
18 organ prolapse to go to lighter weight because of
19 the complications, but that was decided against
20 with TVT.
21 Q.  And so my question is I want to get
22 into -- ask you about the complications.
23     Are you aware of any clinical studies
24 showing a lower rate of complications in women who
25 receive a lighter weight mesh for the intended use

Page 240

1  of treating stress urinary incontinence?
2  A.  No. I've only seen it in pelvic organ
3  prolapse data and in meshes. Meshes for hernia
4  repairs, but it was not extrapolated, even though
5  Ethicon knew about it, into stress urinary
6  incontinence.
7  Q.  All right. And you're not testifying
8  that a lighter weight mesh would have worked
9  better than the TVT mesh in the TVT retropubic
10 application to treat stress urinary incontinence;
11 are you?
12     MR. CARTMELL: Are you talking about
13 efficacy only?
14     MR. SNELL: I can go with efficacy
15 first.
16 A.  There is no data out there on it.
17 That would be an important thing to do before a
18 launch is to study that to determine efficacy
19 prior to widespread use.
20 Q.  BY MR. SNELL: You would agree it's a
21 benefit for the TVT retropubic device that they do
22 have studies of 5 years, 10 years, or more
23 duration in the literature?
24     MR. CARTMELL: Object to the form.
25 A.  Yes, as we mentioned concerning

Page 241

1  efficacy, but not safety.
2  Q.  BY MR. SNELL: Well, there's --
3  A.  The lighter meshes, the larger pore,
4  lighter weight meshes are for complications. Not
5  for efficacy.
6  Q.  And I understand you say that with
7  regard to prolapse and hernia. My question to you
8  is: With regard to complications, is it your
9  opinion that a lighter weight mesh was used in the
10 application of TVT for the treatment of stress
11 incontinence, cut to 1.1 centimeters, that there
12 would be a lower complication rate?
13 A.  There's the theoretical possibility of
14 that. However, my ultimate opinion is no meshes
15 should be placed transvaginally.
16 Q.  Fair enough.
17     You mentioned the Clave study. That
18 was not a study that reported on the use of the
19 TVT retropubic device in women who had been
20 treated for stress urinary incontinence; correct?
21 A.  Correct. That was, as I recall, for
22 pelvic organ prolapse.
23 Q.  Is this the Clave 2010 paper?
24 A.  Correct.
25 Q.  Okay.

Daniel Steven Elliott, M.D.

Page 246

1  said. So this is a very important study. Seems
2  like they're raising red flags.
3       Next step is Ethicon needs to study it
4  with their specific product.
5       Q.  And in Clave the explants have been
6  explanted because of reported complications;
7  correct?
8       A.  I believe so, yes.
9       Q.  There was no control group in this
10 study of explants for which there was no
11 complication reported; correct?
12      A.  Well, yeah, the complication was a
13 manifestation of underlying pathology. So, no,
14 you don't have a control because you're not going
15 to go operate on women who do not have a
16 complication yet.
17      Q.  And so the authors were unable to
18 state whether or not this amount and this type of
19 surface cracking is something that occurs in
20 non-explanted meshes?
21      A.  I mean, you're really narrowing down
22 the focus of this. Again, it's not a TVT product,
23 but they were not able to say -- I guess, I'm not
24 really following your question. I'm sorry.
25      Q.  What I was getting at is on page 269,

Page 247

1  they say, "For obvious ethical reasons this study
2  did not provide the opportunity to analyze vaginal
3  implants from non-pathological situations.
4  Therefore, prediction of normal in vivo material
5  aging and the range of consequences in the
6  clinical state beyond the observed samples is not
7  possible."
8       A.  That is correct.
9       Q.  Okay. Can you point to any clinical
10 studies, any studies on the TVT device to treat
11 women that showed degradation of that TVT mesh?
12      And if you're looking at your report,
13 just tell me what page so I can --
14      A.  Page 13.
15      Q.  Give me a second. Okay.
16      A.  Specifically if you limit it to just
17 TVT, obviously I quote multiple different studies
18 looking at polypropylene and the foreign body
19 response, the inflammatory response, the
20 degradation, you have Mary, et al., Costello,
21 Clave, Wood. But on page 15 at the very top, the
22 first full sentence says, "In 2015 seven
23 implants." And that is -- if you look down at
24 reference 11, it's a Russian name, I think.
25 T-z-a-r-t-z-e-v-a. In-depth nano-investigation of

Page 248

1  vaginal mesh and tape fibers explants in women,
2  okay. And that included TVT. They were removed
3  four to seven years after, and it demonstrated
4  degradation on SEM, and surface cracks, which
5  corresponds to my clinical experience.
6       Q.  In these seven explants, was there any
7  oxidation found of the TVT mesh?
8       A.  Oxidation is the process by which you
9  get degradation. So in order to study for
10 oxidation, you have to do some pretty
11 sophisticated chemical studies on the microscopic
12 level as far as what macrophages are doing. I
13 don't know -- I'm not an expert on how exactly
14 that would be accomplished. But if there's
15 degradation, I know there's been an inflammatory
16 response, which inflammatory response causes
17 oxidation, is one of the main reasons with
18 peroxides, hypochloric acid, et cetera.
19      Q.  Has the reported degradation in these
20 seven explants been confirmed in any standardized
21 test, such as chemical analyses?
22      A.  I'm unaware. I have to go back to the
23 study and see what they've done from that. From
24 my angle as a surgeon, I would want the company
25 then to go back and look at some of this stuff for

Page 249

1  me.
2       Q.  Are there any studies that you're
3  aware of on the TVT device that correlate and show
4  that a particular complication was caused by
5  degradation?
6       A.  Well, no. Degradation is part of the
7  cascade of events. You have an implantation of a
8  product that causes a foreign body response and
9  inflammatory response, which then the immune
10 system comes in with the various different dumping
11 of various different product to try and to
12 eliminate the foreign body, infection, and then
13 degradation occurs.
14      So you're not going to find something
15 where it's just degradation. It's a cascade of
16 events.
17      Q.  Is there any clinical literature that
18 shows any complications are caused by degradation?
19      A.  Well, I would say every study that
20 there's a vaginal erosion or extrusion is evidence
21 of degradation. Yeah, every time that I do an
22 exam on a patient and find this brittle, cracking,
23 hard mesh that is evidence of degradation.
24      Q.  Are there any studies that report
25 degradation played any kind of role in a vaginal

Daniel Steven Elliott, M.D.

Page 258

1 correct?
2    A.   Within a couple of days, that is not
3 the mesh causing -- now, it will impair healing,
4 because there's a foreign body reaction to things.
5 But it's not due to degradation.
6    Q.   Well --
7    A.   If somebody is occurring longer than
8 that, let's say beyond the initial healing period.
9 Six weeks is traditionally where the body will be
10 at roughly 98 percent of its strength.  That's our
11 usual, going by that six weeks.  Beyond that, if
12 exposure or an event like that occurs, degradation
13 in my opinion is going to be one of the main
14 underlying factors for it, in combination with the
15 infection, inflammatory response.
16    Q.   And what's the methodology for that
17 statement?
18    A.   Exact -- based upon the literature and
19 my clinical experience on a daily basis, including
20 in the past two weeks, four -- three TVT and one
21 TVT-Secur patient I dealt with.
22    Q.   Let's talk about the literature
23 because I can't go and look at your charts, okay.
24        In the literature, what studies show
25 that if an exposure occurs beyond six weeks did

Page 259

1 degradation play a major role, I think you said?
2    A.   Then we go back -- let's go back to
3 Clave then.  And we've said -- we've admitted
4 roughly 45 percent of those patients had
5 degradation.  Okay.  So based purely and just on
6 that paper, that will be my opinion, that
7 45 percent for that paper.
8        But what I'm saying is it has been
9 inadequately studied elsewhere.  Something that
10 needs to be done.
11    Q.   Did Clave rule out other causal
12 factors for the exposures in his study?
13    A.   I have --
14    Q.   If he did, tell me how he did it.
15    A.   No.  I would have to look at the paper
16 and see all that he's looked at.
17    Q.   This study you talk about that you
18 think Ethicon should have done, how would you
19 design that study?
20    A.   The basic unfortunate reality is it --
21 I don't know if it could be done.  Hence the
22 reason why I am anti-mesh in the vagina, because
23 you cannot safely make this thing work and cannot
24 do it in a long-term.
25    Q.   When you say that there are some

Page 260

1 patients who have mesh who have devastating
2 complications, that's a statement you'd made
3 earlier; correct?
4    A.   Multiple times that's based on my
5 clinical experience in talking and discussing it
6 with surgical colleagues.
7    Q.   So you're not relying on any
8 literature to report the rates of devastating
9 complications with TVT retropubic; correct?
10        MR. CARTMELL:  Not relying on what?
11 Object to the form of that.
12    A.   No.  I think certain patients --
13 certain patients.
14        Certain studies like Hou, et al.,
15 which was also Phillippe Zimmern, who I personally
16 talked to about his paper, where they had slings,
17 where after -- they had only removed for pain.
18 19 percent had persistent pain.  Just to beat you
19 to the punch, they did not break it down into TVT
20 or not.
21    Q.   BY MR. SNELL:  And they also didn't
22 report a denominator from which all those patients
23 were drawn from; correct?
24    A.   They did not.  That denominator, as
25 far as I know, is not known.

Page 261

1    Q.   And that's an issue with case series,
2 where you do not have a denominator, thus one
3 cannot compute reliably the incidence; correct?
4    A.   The true incidence, unfortunately, is
5 not known, and it needs to be known because some
6 of these people's lives are destroyed.
7    Q.   So in a case series like you
8 mentioned, a major limitation to that series is
9 that it does not speak to the incidence of those
10 complications; correct?
11    A.   I would disagree with you that it's a
12 major limitation.  It is a limit you cannot
13 extrapolate across the board, but in his series,
14 in a very good reconstructive surgeon's hands,
15 19 percent of SUIs had persistent chronic pain.
16    Q.   And you don't know how many were TVT;
17 correct?
18    A.   That is correct.
19    Q.   More likely than not, they were not
20 going to have persistent pain; correct?
21        MR. CARTMELL:  Object to the form.  I
22 think it's vague and ambiguous.  May call for
23 speculation.
24    A.   Oh, I see what you're saying.  Okay.
25        In the follow-up of these individuals,

Page 266

1 urinary incontinence surgery are easier to do than
2 longer term studies?
3    A.  Correct.
4    Q.  That applies across the board?
5    A.  Correct.  I mean, shorter term studies
6 are easier to do because they're short-term.  You
7 have less patient loss to follow-up those things.
8    Q.  What studies, if any, in women show
9 that cytotoxicity causes any complications with
10 the use of TVT retropubic device?
11    A.  There have been none because the issue
12 of cytotoxicity has not been released to the
13 general public.  Therefore, someone is not going
14 to study that if they don't even know it exists.
15    Q.  Do you know the 510K documents on TVT
16 are publicly available at the FDA and available
17 through a Google search on the web sites?
18    A.  They may be.  I don't -- I don't know
19 because I don't search that.
20    Q.  You've never attempted that search?
21    A.  Not with this device.  I've done it
22 with the ObTape, and I couldn't find it.
23    Q.  Okay.  Are there any complications
24 that you believe are due to cytotoxicity?
25    A.  Possible --

Page 267

1    Q.  Let me make sure because I want to
2 focus on TVT, not leave a vague question out there
3 because we were last talking about ObTape.
4        So for the TVT retropubic device, are
5 there complications which you believe are caused
6 by cytotoxicity?
7    A.  In theory, possibly all of them,
8 because cytotoxicity is cell death.  Cell death
9 will increase the foreign body response, the
10 inflammatory response, subsequently increase the
11 degradation, cracking, increase pain, increase the
12 potential for infection.  I'm saying possibly.  It
13 could be.
14    Q.  Okay.
15    A.  That has not been studied to date.
16    Q.  Okay.  For example, you pointed me to
17 the Wang paper earlier, and we looked at it, and
18 there was a 2.4 percent rate of exposure; right?
19    A.  There was 17 out of 700 that had
20 impaired vaginal healing.  And I can't recall the
21 data beyond that.
22    Q.  It was 2.4 percent?
23    A.  Okay.  I remember the 2.4 percent.
24    Q.  Okay.  So working with that number,
25 2.4 percent, and we looked and there was more than

Page 268

1 60 months follow-up.
2        Of that 2.4 percent, can you say how
3 many of those 17 patients had the defective
4 vaginal healing because of cytotoxicity, or is
5 that known?
6    A.  That has not been studied to date,
7 because as I mentioned, I didn't even know the
8 cytotoxicity report even existed until I got
9 involved in this.  So no one out in the community,
10 our physicians, researchers are going to know that
11 exists.  They're not going to study it.
12    Q.  What percent of TVT retropubic devices
13 is the mesh cytotoxic?
14    A.  Well, from what they state here, if
15 this TVT is studied and has been shown to have
16 marked cytotoxicity or severely cytotoxic in these
17 two references and that mesh is put in the
18 patient, then 100 percent of those have the
19 potential for cytotoxicity.
20    Q.  All right.  So if 100 percent have a
21 cytotoxic mesh, why is it that 97.6 percent in the
22 Wang study who were followed out beyond 60 months
23 didn't have any defective vaginal healing?
24    A.  It's going to be, again,
25 multifactorial.  The vaginal healing, the duration

Page 269

1 of follow-up, is smoking going to play a role,
2 obesity, impaired vaginal status.  And, again,
3 what's going to be these people 15, 20, 30 years
4 from now.
5        MR. SNELL:  Move to strike as
6 nonresponsive.
7    Q.  BY MR. SNELL:  My question was:  If
8 100 percent of people have the cytotoxic TVT
9 retropubic mesh, why is it that 97.6 percent of
10 the patients in Wang did not have the defective
11 vaginal healing?
12    A.  See the -- not to be critical, but
13 your logic is impaired.  100 percent of people who
14 smoke don't get lung cancer.  100 percent of
15 people exposed to asbestos don't get mesothelioma.
16 100 percent exposed to TVT aren't going to have
17 those devastating complications, but certain ones
18 do.
19    Q.  And that's what I'm trying to
20 understand and test here.  All right.
21        What is it about the 97.6 percent of
22 the patients who didn't have defective vaginal
23 healing that led this cytotoxic mesh to have no
24 role or no effect on the --
25    A.  Okay.  We decreased it down.  You said

Daniel Steven Elliott, M.D.

Page 270

1  defective vaginal healing.
2      Q.  I was trying to use the words you
3  said.
4      A.  You're correct; 2.4 percent had
5  defective vaginal healing.  That is just one of
6  the complications.  Not all cytotoxicity or
7  degradation is going to go just to mesh extrusion.
8  I'm talking pain, contraction, roping, the
9  degradation process.  Pelvic pain, vaginal pain,
10  dyspareunia.
11      So they are just saying, just in this
12  limiting it, 2.4 percent had defective vaginal
13  healing.  Okay.  So that's narrowing the number I
14  talked about before, okay.  I cannot answer the
15  question as to why don't all.  All I know is that
16  to me this is a red flag and patients and doctors
17  need to be warned of that possible cytotoxicity.
18      Q.  For example, we looked at the number
19  of patients who reported dyspareunia and there was
20  four out of that group.
21      A.  Five complained of pain.  Four
22  complained of dyspareunia, and then five
23  complained of vaginal bleeding.
24      Q.  Right.  So for the dyspareunia,
25  right -- we addressed this somewhat.  I will

Page 271

1  represent to you I calculated that, and it's
2  0.56 percent.  Okay.  4 out of 700.
3      For that 0.56 percent of patients who
4  had dyspareunia, is there a way to scientifically
5  reliably say, which, if any of them, that was
6  caused by cytotoxicity?  And if there is, I want
7  to know the methodology by which you would
8  conclude that.
9      A.  That would require a study by Ethicon
10  to do that.  And so all I know is we have a red
11  flag.  We have marked cytotoxicity.  We have
12  complication.  These are just limiting to the
13  specific one.  I cannot point to a paper and say
14  that because then it has not been studied because
15  individuals didn't know to study it.  It needs to
16  be studied, though.
17      Q.  So I think in fairness, the answer to
18  my question was, no, you don't know that; correct?
19      MR. CARTMELL:  Objection.  Asked and
20  answered.  He just answered your question.
21      A.  No.  And I will reiterate just what I
22  said again.  Cytotoxicity is a red flag of
23  something going on.  We know there's cytotoxicity
24  there.  How much of a role it plays in all the
25  other complications, I don't know.  That needs to

Page 272

1  be studied.
2      Q   BY MR. SNELL:  Okay.  That was my
3  question.
4      Of -- and I was really focused on
5  dyspareunia.  Of the four patients with
6  dyspareunia, you can't say, reliably,
7  scientifically, which if any of those four were
8  caused by cytotoxicity; correct?
9      A.  No.  You are correct because all I can
10  say is there was some defect in the product that
11  caused this.  I cannot attribute that just to
12  cytotoxicity.
13      Q.  And Wang did not rule out other
14  factors besides the mesh; did he?
15      A.  I don't recall Wang giving a specific
16  opinion on that, what necessitated.
17      Q.  How would you design a study like you
18  state Ethicon should do with regard to
19  cytotoxicity to see what effect, if any, it would
20  have on complications for women receiving the TVT
21  retropubic device for stress incontinence?
22      A.  You cannot ethically construct a study
23  of putting a product in that has the possibility
24  of cytotoxicity in a patient for a quality of life
25  study.  You can't do it.  It would never get

Page 273

1  approved and no woman would accept it.
2      Q.  Am I correct that for the pore size of
3  the TVT mesh you cannot reliably say
4  scientifically what complications are caused due
5  to pore size in TVT patients?
6      MR. CARTMELL:  Object to the form.
7      A.  As I've stated multiple times, as
8  outlined in my report, we have an overall system
9  design failure.
10      Specifically small pore, what role is
11  that playing in percentage of the complications.
12  No, I cannot state that.
13      Q   BY MR. SNELL:  You have not studied
14  the rates of complications of stress urinary
15  incontinence slings to see whether there is a
16  statistically significant different rate of
17  complications that occurs dependent upon pore
18  size; correct?
19      A.  You are partly correct.  However, we
20  do know from the hernia mesh data and the Vypro
21  mesh data that complications can be reduced with a
22  large poor lightweight.  It has not been extended
23  down into the TVT like it should have been.  So
24  you are correct.  That data does not exist and it
25  should exist.

69 (Pages 270 to 273)

Daniel Steven Elliott, M.D.

Page 314

1  taught to do that procedure?
2        A.    Yeah, but I'm going to modify it.
3  That's originally how -- oh, I was taught the
4  leave a gap.  The key is you leave it loose.
5        Q.    Okay.
6        A.    And so if you use one finger breadth
7  or two finger breadths might not make all that
8  difference because it's the distance from the
9  fascia to your knot, not necessarily the width.
10 So one finger breadth and two finger breadths is
11 actually going to be the same.
12       Q.    You don't really use any objective
13 measurement to assess tension; correct?
14       A.    That is an objective.  15 degrees and
15 one finger breadth.  So I have objective,
16 reproducible data.  And I have never had, in my
17 pubovaginal slings, a patient go into retention
18 that was not a purposeful retention.
19       Q.    You don't use any type of gauge to
20 assess tension on the sutures; correct?
21       A.    That does not exist for the
22 pubovaginal slings.
23       Q.    All right.  And is there any
24 literature that reports on the effect, if any, of
25 using one, two, or three suture finger breadths of

Page 315

1  detensioning for the autologous pubovaginal sling
2  as opposed to some other method of tensioning?
3        A.    No, there's nothing in the literature
4  like that.  The teaching is to leave it loose.
5        Q.    And realizing you don't really do the
6  Burch.  Do you even remember how you were taught
7  to tension or detension a Burch?
8        A.    No, I don't remember that.
9        Q.    What is wrong with the tensioning of
10 the TVT retropubic device, if anything, in your
11 opinion?
12       A.    It's not reproducible.  The
13 pubovaginal sling, I can tell somebody exactly
14 like I told you.  Cystoscope in, deflect it
15 15 degrees, two finger breadths up, tie it loose,
16 and you won't have retention.
17             TVT, it says tension free, but then
18 there's tension.  And so it's not reproducible.  I
19 can't tell you how to tension it correctly.  I can
20 tell you the pubovaginal sling.
21       Q.    Well, with the pubovaginal sling,
22 there is a fair number of patients who have
23 urinary retention after that procedure; right?
24       A.    I can't speak to those.  I can speak
25 to my own experience.  Like I say, it's

Page 316

1  reproducible in my hands.
2        Q.    Right.  But you don't do all the sling
3  surgeries in this country.  So I'm more interested
4  in out in the masses in the United States.
5             There is a fairly high rate of urinary
6  retention following the autologous pubovaginal
7  sling; right?
8             MR. CARTMELL:  Object and move to
9  strike the statement of counsel.  Object to the
10 form as well.
11            MR. SNELL:  I'll withdraw the
12 statement.
13       Q    BY MR. SNELL:  Let me just -- looking
14 broadly, nationally, okay, across the data, there
15 is a fairly high rate of urinary retention
16 following autologous pubovaginal slings; correct?
17            MR. CARTMELL:  Object to the form.
18       A.    I can't agree with that.  You say
19 fairly high.  I don't know that.  I've not seen
20 that data.
21       Q    BY MR. SNELL:  You've seen reports in
22 the data of rates of retention higher than
23 20 percent following autologous pubovaginal sling?
24       A.    It depends on how you're describing
25 retention.  If you're talking immediately

Page 317

1  postoperatively, yes, that is very commonly.
2  That's why a suprapubic tube or intermittent
3  catheterization is not uncommonly required.
4  Permanent retention after a month or six weeks,
5  that's debatable, the duration, should be very
6  low.  In experienced people's hands, it's
7  essentially zero.  Again, my hands zero.
8        Q.    You've read the sister study by the --
9  that was funded by the NIH that compared the
10 autologous pubovaginal fascial sling to the Burch
11 colposuspension, and they found statistically
12 significant higher rates of not only voiding
13 dysfunction and retention but retention requiring
14 reoperation in the autologous sling arms; correct?
15       A.    That's been a long time since I've
16 read it.  I have to look at that paper.  That was
17 a good paper, but it's been a long time since I've
18 seen it.
19            MR. CARTMELL:  I don't mean to
20 interrupt, but I'd like to check the time, please.
21            THE REPORTER:  7 hours and 13 minutes.
22            MR. CARTMELL:  Okay.  You're done.  If
23 you want to go -- I may have a few questions.  But
24 if -- if -- we can go off the record if you want
25 and talk about what you and Ben agreed to.  It's

Daniel Steven Elliott, M.D.

Page 322

1  we've been here for 9 hours. I had not been told
2  that that was going to happen today. I actually
3  have a prior commitment that I really need to go
4  to, and I believe the doctor is tired as well.
5      So I've agreed, and I think you have,
6  too, that we would go ahead and allow you that
7  time for the warnings opinions that you have and
8  set it up at an additional time.
9      MR. SNELL: And at a mutually
10  convenient date between doctor, myself, and
11  whoever will defend.
12      MR. CARTMELL: That's right.
13      MR. SNELL: And I will just state for
14  the record, too, Ben Anderson never told me he
15  expected me to do both in 7 hours, nor does he
16  have a basis under the New Jersey Rules of
17  Procedure to make such a statement. I have my
18  email that I sent to him, and there was no reply
19  saying, no, Burt, you're wrong.
20      MR. CARTMELL: Okay.
21      MR. SNELL: But we have an agreement,
22  and I'm passing the witness. Let's get this
23  design defect deposition in the books.
24      MR. CARTMELL: Okay.
25      MR. SNELL: That way you can go do

Page 323

1  your thing.
2      MR. CARTMELL: Doctor, I just have a
3  few follow-up questions.
4      You recall that you were asked
5  previously about --
6      MR. SNELL: Can you give me one
7  second, Tom. I'm essentially sorry to interrupt
8  you. I just have to get something to write with.
9  Very, very sorry. Go ahead. I'll shut up.
10          EXAMINATION
11  BY MR. CARTMELL:
12      Q. Do you recall being asked questions by
13  Mr. Snell about large pore lightweight mesh?
14      A. Yes.
15      Q. And do you have an opinion within a
16  reasonable degree of medical certainty that
17  lightweight large pore mesh would lead to less
18  complications in the TVT or in a mid-urethral
19  sling than the TVT heavy weight small pore mesh?
20      A. Yes.
21      MR. SNELL: Objection. Leading. Go
22  ahead.
23      A. Yes.
24      Q. BY MR. CARTMELL: And what is your
25  opinion?

Page 324

1      A. That based upon the medical
2  literature, Klosterhalfen, Klinge, as stated in my
3  report, lightweight large pore meshes have lower
4  complication rates, and that is also including the
5  internal Ethicon documents that state
6  acknowledgment of that fact.
7      Q. You mentioned, when you were
8  questioned by Mr. Snell, that the TVT, I believe
9  you said during the first six weeks, may result in
10  more pain.
11      Do you recall that?
12      MR. SNELL: Objection. Misstates.
13      A. I don't believe I said that. That the
14  TVT may result in more pain? No, I didn't --
15      Q. BY MR. CARTMELL: You didn't say that?
16      A. I didn't say that.
17      Q. I think you were talking about
18  perioperative pain when comparing the TVT to maybe
19  pubovaginal slings or the Burch.
20      A. Correct.
21      Q. Okay. When you were talking about
22  pain during that perioperative period or during
23  the first six weeks, what type of pain were you
24  talking about?
25      A. I'm talking about incisional pain,

Page 325

1  pain in the suprapubic region, where the tissue
2  may have been harvested. I'm not talking about
3  vaginal discomfort. That would be equal. We're
4  just giving the harvest area.
5      Q. Are you talking about dyspareunia?
6      A. No. I'm talking specifically
7  perioperative incisional pain.
8      Q. Do you have an opinion within a
9  reasonable degree of medical certainty whether or
10  not TVT, when compared to pubovaginal slings or
11  Burch slings, causes more dyspareunia or vaginal
12  pain on a long-term basis?
13      MR. SNELL: Objection. Beyond the
14  scope. Non-disclosed opinion in the report.
15      Go ahead.
16      A. Based upon my clinical experience, my
17  discussion with colleagues, review of the
18  literature, and what is outlined in my expert
19  report, TVT, in the long-term, causes increased
20  risk for dyspareunia and the severity of that
21  dyspareunia.
22      Q. BY MR. CARTMELL: What about with
23  vaginal pain?
24      A. Vaginal pain would be the --
25      MR. SNELL: Same objection. Go ahead.

Page 326

1  Doctor. I'm sorry.
2      A. They would be the same. Vaginal pain
3  implies a constant vaginal pain. Dyspareunia is
4  just during sexual activity. And, yes, in my
5  experience, I do not see pubovaginals and Burchs
6  come in with that type of pain. On a daily basis,
7  I see the TVT that way.
8          MR. CARTMELL: Okay. That's all I
9  have.
10         MR. SNELL: A couple of quick
11 questions in follow-up.
12             EXAMINATION
13 BY MR. SNELL:
14     Q. Cobb, Klosterhalfen and Klinge, none
15 of those are pelvic surgeons; correct?
16     A. Clave, I don't know what he is. The
17 first two, Klinge and Klosterhalfen are
18 pathologists, I believe.
19     Q. Cobb is not --
20     A. Cobb is not. And I don't know if I
21 mentioned it. I mentioned -- Clave should be on
22 there, and I believe he is a pelvic surgeon, but I
23 don't know his specific credentials.
24     Q. But Cobb, Klosterhalfen, Klinge, none
25 of them published on the TVT device assessed in

Page 327

1  women; correct?
2      A. That is correct, yes.
3      Q. Just so we're clear on the record, the
4  increased perioperative incisional pain that you
5  just talked to Mr. Cartmell about, that actually
6  occurs in the autologous pubovaginal arm; is that
7  correct?
8      A. That is correct. It would be fair to
9  say that, in my experience, the immediate
10 perioperative period, you will have an increased
11 incisional pain that is still treated with
12 medications and tolerable, but it will be more
13 than the TVT.
14     Q. Now, I believe you said that you
15 believe that the long-term dyspareunia rates with
16 the TVT were higher than pubovaginal, did you say,
17 and the Burch?
18     A. I don't recall if I mentioned the
19 Burch in there.
20         What I mentioned was the pubovaginal
21 and the Burch have traditionally been a very
22 common procedure done up until the mid-'90s and
23 into probably early 2000's.
24         And in my practice, I have never seen
25 a woman come in with severe pain, life altering

Page 328

1  pain from either of those aforementioned
2  procedures. But I see it commonly, weekly with
3  the meshes, including the TVT.
4      Q. You can't point to any comparative
5  trials that show a statistically significantly
6  higher rate of dyspareunia for the TVT retropubic
7  device compared to either the Burch or the
8  pubovaginal sling; correct?
9      A. Those studies, as you've mentioned,
10 have not been done.
11     Q. And actually, the one paper you
12 pointed me to earlier about the Burch had the
13 4 percent rate of dyspareunia with that procedure
14 long-term; correct?
15     A. It wasn't 4 percent. It was
16 3.9 percent.
17     Q. So -- okay. If you round up, it's
18 4 percent; correct?
19     A. I don't round up, though.
20     Q. Okay. And you can't point to any
21 studies on TVT that show a rate higher than
22 3.9 percent at that length of follow-up for
23 dyspareunia; can you?
24         MR. CARTMELL: Object to the form.
25     A. Because that study has not been done.

Page 329

1  As I mentioned, no studies focused specifically on
2  output -- end point of dyspareunia have been done.
3      Q  BY MR. CARTMELL: So the answer to my
4  question is, yes, you can't point to that study;
5  correct?
6          MR. CARTMELL: Object to the form.
7  Asked and answered.
8      A. That's what I mentioned. Those
9  studies with that specific end point have not been
10 done.
11     Q  BY MR. CARTMELL: Except you know that
12 there's a 10-year TVT retropubic study, lead
13 author Heinonen, that reports zero cases of
14 dyspareunia at 10 years follow-up.
15         Did you know that?
16     A. You would have to show me that study.
17     Q. Do you know that study?
18     A. I'm saying, you'd have to show me that
19 study. I've read a lot of studies. I can't
20 recall that one specifically. So I'd have to look
21 at that.
22     Q. So you very well may be wrong when you
23 make statements like there's no long-term studies
24 that look at TVT and dyspareunia?
25         MR. CARTMELL: Object to the form.

83 (Pages 326 to 329)

Daniel Steven Elliott, M.D.

Page 330

1  Q.  BY MR. SNELL: Correct?
2  A.  Also certain studies I've looked at, I
3  disregard --
4  Q.  Can you say yes or no?
5      MR. CARTMELL: Let him answer the
6  question?
7  A.  That's not a yes or no. It's more
8  complicated than that. I review a lot of studies.
9  Some of them get disregarded because they're so
10 poor quality that they're not worth quoting. So
11 that particular study I'd like to see and we can
12 dissect that one out.
13 Q.  And if I'm correct --
14     MR. CARTMELL: You said a couple. So
15 you went over 7 hours. And I'm here for the MDL
16 portion.
17     MR. SNELL: I didn't go over 7 hours.
18     MR. CARTMELL: You went 7 hours and 13
19 minutes.
20     MR. SNELL: No, no. That was 6 hours;
21 wasn't it?
22     MR. CARTMELL: No. It was 7 hours and
23 13 minutes. I let you ask a few. We done.
24     MR. SNELL: Okay.
25     MR. CARTMELL: And you could have

Page 331

1  saved your time.
2      MR. SNELL: Well, I have two more
3  considering you've asked him to comment and say
4  rates are higher. That's not even in his expert
5  report, okay. He doesn't put in his expert report
6  what the rates are for Burch, for the pubovaginal,
7  or the TVT.
8      MR. CARTMELL: I didn't ask him what
9  the rates were.
10     MR. SNELL: Yes, you did.
11     MR. CARTMELL: No, I didn't. I
12 said --
13     MR. SNELL: You said higher.
14     MR. CARTMELL: -- the claim is it's
15 higher, and it says that in his expert report.
16     MR. SNELL: No, it doesn't.
17     MR. CARTMELL: Yes, it does.
18     MR. SNELL: It can't be higher. He
19 doesn't even have the rates.
20 Q.  BY MR. SNELL: How about this? You've
21 seen the AUA guideline from 2012 and the SGS
22 systematic meta-analysis and review, and in both
23 of those systematic reviews, they report higher
24 rates of dyspareunia, pain, and sexual dysfunction
25 with the autologous sling and the Burch as

Page 332

1  compared to the mid-urethral sling; correct?
2  A.  I'd have to look at that. That's a
3  799-page document. I'd have to see that.
4  Q.  As you sit here today, you can't
5  answer my question?
6  A.  Oh, I can answer. Let's pull out the
7  document, take a look at it.
8  Q   BY MR. SNELL: Do you want to do that?
9      MR. CARTMELL: I mean, I'm not giving
10 you any more time. So you don't have the time to
11 do that. This whole day you've been asking him
12 questions about things and you've been making
13 statements from those documents without showing
14 them to him.
15     MR. SNELL: No, no. He's got these
16 documents.
17     MR. CARTMELL: No, no.
18     MR. SNELL: I wouldn't misrepresent.
19     MR. CARTMELL: All day long.
20     MR. SNELL: Do you want me to show him
21 the numbers? You know the numbers. I used them
22 with Dr. Rosenswath.
23     MR. CARTMELL: No. I want to be done.
24 You're over your 7 hours. So let's go.
25 Q   BY MR. SNELL: As you sit here,

Page 333

1  Doctor, can you answer my question without me
2  showing you those papers?
3  A.  I want to see those papers.
4      MR. CARTMELL: No.
5      MR. SNELL: Fair enough.
6      MR. CARTMELL: The question was: Can
7  you answer it without seeing the papers. If you
8  can't answer it without seeing it, just say no.
9  A.  I cannot answer it without it. It's a
10 799-page document. I would need to see those
11 papers.
12     MR. SNELL: Fair enough.
13     MR. CARTMELL: Go ahead. Thank you
14 very much.
15     (Deposition concluded at 5:54 p.m.)

84 (Pages 330 to 333)