**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| TERRESSA WILLIAMS,<br>RUSSELL WILLIAMS,<br><br>       Plaintiffs,<br><br>v.<br><br>ETHICON INC.,<br>JOHNSON & JOHNSON,<br><br>       Defendants. | Civil Action No.<br> 5:20-cv-00234-MTT |

## NOTICE OF SUPPLEMENTAL AUTHORITY

COME NOW, Defendants Ethicon, Inc. and Johnson & Johnson and provide notice of supplemental authority, *Williams v. Ethicon, Inc.*, No. 1:20-CV-04341-SDG, 2021 WL 857747 (N.D. Ga. Mar. 8, 2021), in support of Defs.' Mot. to Exclude Certain Ops. Of Daniel Elliott, M.D.  Docs. 102 and 102-1.  Specifically, this decision provides additional support for Defendants' argument that Dr. Elliott should be precluded from comparing Prolift with surgical procedures that do not involve polypropylene mesh.  *See* Doc. 102-1, Section III, at 10–14; *Williams*, 2021 WL 857747 at *6.

This 18th day of March, 2021.

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ S. Eric Rumanek*
S. Eric Rumanek, Georgia Bar No. 558047
Halli D. Cohn, Georgia Bar No. 175505
David F. Norden, Georgia Bar No. 545647
Brett A. Tarver, Georgia Bar No. 184160
Bank of America Plaza
600 Peachtree Street NE
Suite 3000

1

Atlanta, GA  30308-2216
(404)885-3000
eric.rumanek@troutman.com
halli.cohn@troutman.com
david.norden@troutman.com
brett.tarver@troutman.com

BUTLER SNOW LLP

*/s/ Pamela Lawrence Ferrell*
Pamela Lawrence Ferrell
Georgia Bar No. 569713
1170 Peachtree St., NE
Suite 1900
Atlanta, Georgia 30309
(678) 515-5000
pamela.lawrence@butlersnow.com

*Attorneys for Defendants Ethicon Inc. and Johnson & Johnson*

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the counsel of record.

This 18th day of March, 2021.

*/s/ S. Eric Rumanek*