# EXHIBIT 2

```
00660
 1                         - - -
 2                                      :SUPERIOR COURT OF
                                        :NEW JERSEY
 3    IN RE:                            :LAW DIVISION -
      PELVIC MESH/GYNECARE              :ATLANTIC COUNTY
 4    LITIGATION                        :
                                        :MASTER CASE 6341-10
 5                                      :
                                        :CASE NO. 291 CT
 6                         - - -
         CONFIDENTIAL-SUBJECT TO STIPULATION AND ORDER OF
 7                      CONFIDENTIALITY
                           - - -
 8
                        September 18, 2012
 9                         VOLUME III
10                         - - -
11                Transcript of the continued
12    deposition of PIET HINOUL, M.D., Ph.D., called for
13    Videotaped Examination in the above-captioned
14    matter, said deposition taken pursuant to Superior
15    Court Rules of Practice and Procedure by and before
16    Ann Marie Mitchell, a Federally Approved Certified
17    Realtime Reporter, Registered Diplomate Reporter,
18    Certified Court Reporter, and Notary Public for the
19    State of New Jersey, at the offices of Riker Danzig
20    Scherer Hyland & Perretti LLP, Headquarters Plaza,
21    One Speedwell Avenue, Morristown, New Jersey,
22    commencing at 10:16 a.m.
23                         - - -
                     GOLKOW TECHNOLOGIES, INC.
24             877.370.3377 ph|917.951.5672 fax
                       deps@golkow.com
25
```

```
00679
  1            A.      The plus suture is not part of the
  2    ProliftÆ category.
  3            Q.      The potential development of a
  4    biofilm and the attendant risks, that subject was
  5    known to Ethicon medical affairs when the ProliftÆ
  6    was first launched.  Correct?
  7            A.      Yes.
  8            Q.      And, therefore, Ethicon medical
  9    affairs was obligated to make sure that the IFU
 10    would explain that risk to physicians.  Correct?
 11                    MR. SNELL:  Objection, form.
 12                    THE WITNESS:  It is part of
 13    implantation of any foreign body, you risk the
 14    formation of a biofilm.  You take specific steps
 15    during your procedure to avoid contamination.
 16                    MR. SLATER:  Move to strike.
 17    BY MR. SLATER:
 18            Q.      Because the development of a biofilm
 19    and the attendant risks and complications was a
 20    known fact to medical affairs when the ProliftÆ was
 21    launched, medical affairs was responsible to make
 22    sure that there was a warning in the IFU with regard
 23    to that potential risk.  Correct?
 24                    MR. SNELL:  Objection to form.
 25                    THE WITNESS:  That's correct.  So
```

```
00680
  1    granulation formation or exposure are the main
  2    effects of a biofilm in a Prolift®.
  3              MR. SLATER:  Move to strike from
  4    "that's correct" -- after "that's correct."
  5    BY MR. SLATER:
  6        Q.      The consequences of biofilm in the
  7    case of a Prolift® would include granulation
  8    formation.  Correct?
  9        A.      Possibly, yes.
 10        Q.      Would include exposure of the mesh
 11    into the vagina.  Correct?
 12        A.      Correct.
 13        Q.      Would include erosion of the mesh.
 14    Correct?
 15        A.      Possibly, yes.
 16        Q.      Would include migration of the mesh.
 17    Correct?
 18        A.      Migration of the mesh?
 19        Q.      Yes.
 20                Through the process of erosion, it
 21    actually can move within the body.  Correct?
 22        A.      Yeah.  In rare instances.
 23        Q.      The development of the biofilm, as we
 24    discussed earlier, can also cause a more intense
 25    inflammatory reaction.  Correct?
```

```
00681
   1              A.      In the acute phase, yes.
   2              Q.      When I say more intense, compared to
   3      just the inflammatory reaction elicited by the mesh
   4      itself.  Correct?
   5              A.      Under normal conditions, the mesh
   6      would not have such an acute inflammatory reaction,
   7      yeah.
   8              Q.      When the biofilm forms and the
   9      inflammatory reaction is more intense, that can lead
  10      to enhanced contraction and shrinkage of the mesh.
  11      Correct?
  12              A.      Correct.
  13              Q.      It can lead to more significant pain
  14      and dyspareunia as well.  Correct?
  15              A.      Well, it's a more pronounced
  16      inflammatory reaction, so yes.
  17              Q.      So any of the consequences that can
  18      flow from an inflammatory reaction can be more
  19      severe when a biofilm also forms.  Correct?
  20              A.      Right.
  21              Q.      Again, everything we just went
  22      through was known at the time the ProliftÆ was first
  23      launched.  Correct?
  24              A.      Right.  So it is -- let's repeat what
  25      a biofilm is.  Biofilm is where you have a cast of
```

```
00682
   1    bacteria and organic material.  It is caused by
   2    infection.  So an infected mesh leads to a biofilm.
   3    So you should see it as an infection.
   4          Q.     The various -- rephrase.
   5                 What I just went through with you
   6    with regard to the biofilm and the potential
   7    consequences, again, that was all known when the
   8    ProliftÆ was first launched.  Correct?
   9          A.     Yes, yes.
  10          Q.     In fact, having read the first two
  11    paragraphs under section 2.2, everything described
  12    there was known at the time the ProliftÆ was first
  13    launched.  Correct?
  14          A.     Yes, I think so.
  15          Q.     If you could, turn to page 8, please.
  16                 Under the heading "Factors Affecting
  17    Mesh erosions," there's a first bullet point, "Pore
  18    size and porosity of the mesh."
  19                 Do you see that?  And you can take a
  20    look at that for a moment, if you need to.
  21          A.     Okay.  3.1.  Right?
  22          Q.     Right.
  23                 It says, "Factors Affecting Mesh
  24    erosions," and then there's some bullet points.  And
  25    the first bullet point says, "Pore size and porosity
```