# EXHIBIT 4

```
00001
  1                        - - -
  2                                    :SUPERIOR COURT OF
                                       :NEW JERSEY
  3    IN RE:                          :LAW DIVISION -
       PELVIC MESH/GYNECARE            :ATLANTIC COUNTY
  4    LITIGATION                      :
                                       :MASTER CASE 6341-10
  5                                    :
                                       :CASE NO. 291 CT
  6
                           - - -
  7
                UNITED STATES DISTRICT COURT
  8      SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON
  9                                    :Master File No.
       IN RE: ETHICON, INC., PELVIC    :2:12-MD-02327
 10    REPAIR SYSTEM PRODUCTS          :   MDL 2327
       LIABILITY LITIGATION            :
 11                                    :
 12
         CONFIDENTIAL-SUBJECT TO STIPULATION AND ORDER OF
 13                     CONFIDENTIALITY
                           - - -
 14                  November 15, 2012
                           - - -
 15              Transcript of the deposition of AXEL
       ARNAUD, MD, called for Videotaped Examination in the
 16    above-captioned matter, said deposition taken
       pursuant to Superior Court Rules of Practice and
 17    Procedure by and before Ann Marie Mitchell, a
       Federally Approved Certified Realtime Reporter,
 18    Registered Diplomate Reporter, Certified Court
       Reporter, and Notary Public for the State of New
 19    Jersey, at the offices of Riker Danzig Scherer
       Hyland & Perretti LLP, Headquarters Plaza, One
 20    Speedwell Avenue, Morristown, New Jersey, commencing
       at 10:17 a.m.
 21                        - - -
 22
 23            GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph|917.951.5672 fax
 24              deps@golkow.com
 25
```

```
00002
 1    APPEARANCES:
 2
 3        MAZIE SLATER KATZ & FREEMAN, LLC
          BY:  ADAM M. SLATER, ESQUIRE
 4        BY:  CHERYLL A. CALDERON, ESQUIRE
          103 Eisenhower Parkway
 5        Second Floor
          Roseland, New Jersey   07068
 6        (973) 228-9898
          aslater@mskf.net
 7        ccalderon@mskf.net
          Representing the Plaintiffs
 8
 9
          KLINE & SPECTER, P.C.
10        BY:  LEE BALEFSKY, ESQUIRE
          The Nineteenth Floor
11        1525 Locust Street
          Philadelphia, Pennsylvania 19102
12        (215) 772-1000
          lee.balefsky@klinespecter.com
13        Representing the Plaintiffs
14
15        RIKER DANZIG SCHERER HYLAND & PERRETTI, LLP
          BY:  MARY ELLEN SCALERA, ESQUIRE
16        BY:  MAHA KABBASH, ESQUIRE
          Headquarters Plaza
17        One Speedwell Avenue
          Morristown, New Jersey 07962
18        (973) 538-0800
          mscalera@riker.com
19        mkabbash@riker.com
          Representing Johnson & Johnson and Ethicon and
20        the Witness, Axel Arnaud, MD
21
22
23
24
25
```

```
00183
  1                    Now, all this discussion about
  2      shrinkage and the mesh, again, is backed on the fact
  3      that people wrongly believed that the only thing
  4      that can prevent shrinkage is a new mesh.  But this
  5      is not -- this is not a good way of thinking, you
  6      know.  Before you can say a new mesh is going to
  7      improve the shrinkage, you should identify what is
  8      the mechanical -- mechanism of the shrinkage.  It's
  9      sure that bad mesh can improve fibrosis and very
 10      likely improve the shrinkage, but this does not mean
 11      that by changing the mesh you are going to have less
 12      shrinkage.
 13      BY MR. SLATER:
 14            Q.       You never in fact figured out a way
 15      to reduce the rates of shrinkage with the ProliftÆ
 16      when it used GynemeshÆ ProleneÆ Soft Mesh.  Right?
 17                    MS. KABBASH:  Objection.
 18                    THE WITNESS:  We always thought about
 19      that, but there is a difference between being aware
 20      of a potential issue and finding a solution.  So
 21      finding a solution for shrinkage, shrinkage is made
 22      of -- is a natural -- no, sorry.  There is a natural
 23      process of wound healing, which is always associated
 24      with shrinkage, whether you use a mesh or not.  So
 25      the mesh in the worst case can aggravate the case.
```

```
00184
 1     But, you know, it does not mean that by changing the
 2     mesh, shrinkage is not going to occur.
 3     BY MR. SLATER:
 4            Q.      In fact, your thinking at the time --
 5     well, rephrase.
 6                    You knew at the time that shrinkage,
 7     as stated in this e-mail, could lead to pain.
 8     Correct?
 9            A.      That's not new.  Shrinkage can lead
10     to pain.
11            Q.      And you knew that shrinkage could
12     lead to dyspareunia.  Correct?  Shrinkage could lead
13     to that.  Correct?
14            A.      Not new.  The vagina is a cavity.  If
15     there's a shrinkage, the cavity can become smaller.
16            Q.      You knew that shrinkage could lead to
17     recurrence of the prolapse.  Correct?
18            A.      Correct.
19            Q.      You knew that shrinkage could lead to
20     erosion?
21            A.      Well, for me, it's not obvious, no.
22     Shrinkage and erosion, I don't know.  Maybe, but --
23     no idea.
24            Q.      You knew that shrinkage could lead to
25     anatomic distortion of the vagina.  Correct?
```

```
00185
  1              A.      Yes.
  2              Q.      You knew that shrinkage of the mesh
  3     could lead to the need to operate on the patient
  4     again to try to remove part of the mesh.  Correct?
  5              A.      In the worst case, possibly.  It's a
  6     possibility.
  7              Q.      Well, you knew that would happen to
  8     some women?
  9              A.      Of course, because it's a
 10     possibility.
 11              Q.      You knew that for some women, they
 12     wouldn't just need one surgery to try to remove
 13     contracted mesh but that they could need to undergo
 14     multiple surgeries.  Right?  You knew that was
 15     something that could happen to some women.  Right?
 16              A.      Well, you know, basically what I knew
 17     is that with any surgical procedure, we could have
 18     complication, and that could lead to reoperation.
 19              Q.      I'm asking about the ProliftÆ now.
 20                      And you knew with the ProliftÆ --
 21              A.      Of course we knew that if it is an
 22     operation, then there are possibility to
 23     reoperation.
 24              Q.      You knew with the ProliftÆ that when
 25     the mesh contracted and shrunk, that a woman could
```

```
00186
  1      go through one surgery and that -- to remove part of
  2      the mesh and that might not fix her and that some
  3      women in fact would need to undergo multiple
  4      surgeries in an effort to remove mesh that had
  5      contracted.  You knew that would happen to some
  6      women.  Correct?
  7              A.      Yeah.  We knew that in the same way
  8      you knew any time you use a mesh, a graft, an
  9      implant, there might be complication and multiple
 10      need to -- for reoperation.  That's not -- that was
 11      not new.  That's just the rule of the game with all
 12      implants.
 13              Q.      And you knew that these complications
 14      that could occur due to contraction of the mesh
 15      could cause a woman's quality of life to be
 16      permanently damaged.  Right?
 17                      MS. KABBASH:  Objection.
 18      BY MR. SLATER:
 19              Q.      Some women would have permanent
 20      damage to their quality of life.  You knew that.
 21      Right?
 22                      MS. KABBASH:  Objection.
 23                      THE WITNESS:  Well, you know any time
 24      you go to surgery, you know that you can have
 25      complication.
```

```
00187
  1      BY MR. SLATER:
  2              Q.     Sir, I'm asking about ProliftÆ.
  3              A.     The ProliftÆ is a surgical procedure,
  4      so the complication are possible, like with every
  5      surgical procedure.
  6                     MR. SLATER:  Move to strike.
  7      BY MR. SLATER:
  8              Q.     You knew with the ProliftÆ that if a
  9      woman had contraction of the mesh, that the
 10      complications could lead to permanent damage to her
 11      quality of life.  You knew for some women that would
 12      happen.  Correct?
 13              A.     Not correct, because if you have a
 14      complication, you go and see your surgeon and you
 15      ask the surgeon to find a solution to your
 16      complication.  So what you're saying is, you have a
 17      complication, so now it's forever.  Well, if I have
 18      a complication after a procedure, I go back to my
 19      surgeon and ask him to try to correct the
 20      consequence of his procedure.  So if I have big
 21      shrinkage after a procedure, I would visit my
 22      surgeon, say, Doctor, look, my vagina is a problem,
 23      what can you do for me.  That's all I know.
 24              Q.     And you knew, as the scientific
 25      director for Gynecare when the ProliftÆ was going to
```

```
00188
   1      market, that for some women, regardless of how many
   2      surgeons they went to and how many procedures they
   3      had by surgeons who were trying to help them, that
   4      some of them would be left with permanent
   5      complications and permanent damage to their quality
   6      of life.  Correct?
   7              A.      No.  Well, I could not imagine such a
   8      worst case, even if in surgery you can always
   9      imagine the worst, the worst being the death.  Of
  10      course, the worst can always happen, but, you know,
  11      I could not imagine that this would be something
  12      that is very common.  It might happen, because any
  13      single surgical procedure can lead to complication.
  14      And some of them can be terrible, even an
  15      appendectomy, an amygdalectomy.  So of course when
  16      you're developing a new procedure, you have to
  17      assume that at some point, there might be terrible
  18      complication, and the death is one of them.  You
  19      know, any time you go for surgery, you can die from
  20      the anesthesiology.
  21                      So, of course, we knew that
  22      complication would occur, because this is related to
  23      any surgical procedure, so -- well, it may be that
  24      there will be very bad retraction and it could be --
  25      you know, the surgeon always find a solution to the
```

```
00189
    1      complication, so...
    2            Q.      Is your testimony that the last thing
    3      you said, the surgeon always finds a solution to the
    4      complication?
    5            A.      With time.
    6            Q.      You knew that for some women, when
    7      they had contraction of the ProliftÆ mesh, despite a
    8      surgeon or multiple surgeons of very high skill
    9      levels, for some of those women, a solution would
   10      not be able to be found and they'd be left with
   11      permanent pain and permanent damage to their quality
   12      of life.  Correct?
   13                    MS. KABBASH:  Objection.
   14                    THE WITNESS:  Yeah.  But this is 2012
   15      and we are talking about in 2004, so --
   16      BY MR. SLATER:
   17            Q.      Well, you knew that --
   18            A.      -- it is always easier after eight
   19      years to say, oh, that's the situation.  But when
   20      you are in 2000 -- if you had been in 2004, you
   21      know, we were -- our goal was to develop a good
   22      procedure for women all over the world.
   23                    And now you're telling me eight years
   24      after, oh, you know, some people have had terrible
   25      result.  I can understand that, but, you know,
```

```
00190
  1     that's something that happen with any kind of
  2     surgery.
  3             Q.      Are you saying that when the ProliftÆ
  4     was launched, that you didn't know that some women
  5     would end up with the type of very serious, lifelong
  6     complications that I just described?
  7                     MS. KABBASH:  Objection.
  8     BY MR. SLATER:
  9             Q.      And that you only learned that over
 10     the course of time after the ProliftÆ had been on
 11     the market for years?  Is that what you're telling
 12     me?
 13                     MS. KABBASH:  Objection.
 14                     THE WITNESS:  What I'm telling you is
 15     that when you are talking about surgery --
 16     BY MR. SLATER:
 17             Q.      I'm talking about the ProliftÆ, and I
 18     asked you a specific question.  I'd appreciate you
 19     answering that question, sir.
 20             A.      Okay.  ProliftÆ is one of the
 21     surgical procedure.  All surgical procedure can give
 22     complications.  Some of them be minor, some of them
 23     being terrible.  So why would I have thought in 2004
 24     that ProliftÆ would be the only procedure in the
 25     world that would not give any severe complication?
```

```
00191
 1              Q.      Nobody asked you that, with all due
 2      respect.  I'm going to ask the court reporter to
 3      read my question back to you and just ask you to
 4      answer it directly, please.
 5              A.      Okay.
 6                              -  -  -
 7                      (The court reporter read the
 8                  pertinent part of the record.)
 9                              -  -  -
10                      THE WITNESS:  Okay.  Let me answer
11      very precisely.  I did not imagine that there would
12      be sequelae, and when I mean sequelae, something
13      that cannot be arranged, improved by anyone, that
14      women would end up with a sequelae which is so
15      severe that their life would be completely
16      disturbed.
17                      You know, because I and all the
18      experts also believed that if something would occur,
19      they would be able to find a solution.  Otherwise,
20      you know, these people are not -- they are honest
21      individual, honest doctor, you know.  If they are --
22      thought one second that they could really hurt very
23      badly and forever women in a significant number, not
24      in an exceptional case, they would not have
25      supported us.
```

```
00192
  1                     MR. SLATER:  Ann Marie, can you read
  2     me back his answer.  There's going to come a point
  3     when I'm going to move to strike, I just have to
  4     figure out which -- where I lost, because I lost
  5     track of the spot.
  6                          -  -  -
  7                     (The court reporter read the
  8              pertinent part of the record.)
  9                          -  -  -
 10                     MR. SLATER:  I'm going to move to
 11     strike from the word "otherwise" forward.
 12     BY MR. SLATER:
 13          Q.      So if I understand correctly, it was
 14     your assumption when the ProliftÆ was launched to
 15     the market in March of 2005 that to the extent a
 16     woman did have serious complications, that surgeons
 17     out there in the surgical community would figure out
 18     the way to treat those complications?
 19          A.      Yes.
 20                     MS. KABBASH:  Objection.
 21     BY MR. SLATER:
 22          Q.      What did Ethicon -- well, let me
 23     rephrase.
 24                     Before the ProliftÆ was launched,
 25     Ethicon did not figure out the methods that would be
```

```
00193
   1      able to safely and effectively treat women who had
   2      the very serious complications like we've been
   3      speaking about.  Ethicon and you assumed that
   4      surgeons would develop those remedies as time went
   5      on.
   6                 Do I understand?
   7                 MS. KABBASH:  Objection.
   8                 THE WITNESS:  I understand what you
   9      mean.
  10      BY MR. SLATER:
  11           Q.    Am I correct?
  12           A.    You're correct.  If you're a medical
  13      device manufacturer, it's -- what can I say?  It's
  14      not necessarily your role, you know, to find the
  15      solution for the complications of the surgical
  16      procedure.  So if there is a retraction, what can a
  17      manufacturer do?  Nothing.  It's the surgeon who's
  18      going to resect the piece of the mesh.  It's not the
  19      manufacturer.  What can a manufacturer say?  There's
  20      nothing we can do.
  21           Q.    The manufacturer could warn the
  22      surgeons and the patients and tell them there are
  23      some complications that are so severe, we can't tell
  24      you how to safely and effectively treat those, and
  25      there's no established way that we know of.  You
```