# EXHIBIT 5

Richard L. Heaton, M.D.

```
 1            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                    CHARLESTON DIVISION
 3   IN RE: ETHICON, INC. PELVIC
     REPAIR SYSTEM PRODUCTS LIABILITY
 4   LITIGATION
 5   THIS DOCUMENT RELATES TO:         Master File No.
                                       2:12-MD-02327
 6   TERRESSA WILLIAMS, et al          MDL No. 2327
 7         Plaintiffs,
                                       JOSEPH R. GOODWIN
 8   vs.                               U.S. DISTRICT JUDGE
 9   ETHICON, INC., et al.
10         Defendants.                 CASE NO. 2:14-cv-16787
11
12
              DEPOSITION OF RICHARD L. HEATON, M.D.
13
14                   August 10th, 2018
                  Commencing at 10:30 a.m.
15                Concluding at 1:23 p.m.
16
17
                  Held at 200 Felton Road
18                Perry, Georgia   31069
19
20
21      Reported by Deborah J. Combs, RPR, CCR-B-1000
22
23
24
25
```

Richard L. Heaton, M.D.

```
 1   BY MR. NORDEN:
 2        Q    Doctor, is it fair to say that, even as you
 3   are here today, you would have taken the same course
 4   of action with respect to treating Ms. Williams'
 5   pelvic organ prolapse?
 6        A    No.  As I'm here today, I would not have
 7   taken exactly the same action.
 8        Q    Okay.  And what would you have done
 9   differently, Doctor?
10        A    I would have ended the -- the posterior
11   mesh above the intake line.
12        Q    Dr. Heaton, in terms of standing by
13   your decision to use the Prolift in October, 2005, do
14   you stand by that decision?
15        A    Yes, because I didn't have the knowledge I
16   had later.
17        Q    Okay.  So let me re-ask the question, then,
18   Doctor, and then I will go ahead and pass the witness.
19             Is it fair to say that, even as you sit here
20   today, you would have taken the same course of action
21   with respect to implanting the Prolift to treat
22   Ms. Williams' pelvic organ prolapse?
23             MR. McKENZIE:      Leading.
24             THE WITNESS:       Yes.
25
```

```
 1    BY MR. NORDEN:

 2         Q    Okay.  Doctor, based on your treatment

 3    and care of Ms. Williams, would you agree that the

 4    Prolift performed its intended function and

 5    alleviated her pelvic organ prolapse?

 6         A    It sure appeared to, the last time I saw

 7    her.  I assume she returned to Dr. Parker, as she was

 8    his patient.

 9         Q    Doctor, do you stand by your decision

10    to recommend and use the Prolift with Ms. Williams in

11    October, 2005?

12              MR. McKENZIE:     Leading.

13              THE WITNESS:      With the knowledge that

14         I had then -- Yes, absolutely.

15              MR. NORDEN:       I'll pass the witness.

16              VIDEOGRAPHER:     We are now going off

17         the video record.  The time is currently

18         11:50 a.m.  This is the end of Disk No. 1.

19              (Whereupon, a recess was had from

20         11:50 a.m. until 12:05 p.m.)

21              VIDEOGRAPHER:     We are now back on the

22         video record with the beginning of Disk No. 2.

23         The time is currently 12:05 p.m.

24

25
```

1            And as far as -- I'm going to show you the
2    Total Prolift -- I don't remember what exhibit number
3    it was, but -- this is the informed consent form for
4    the Prolift itself.  It's already marked as an exhibit.
5            You put down all the risks in that informed
6    consent form that you thought you needed to, correct?
7            MR. NORDEN:       Objection.
8            THE WITNESS:      Well, I hope so.
9    BY MR. McKENZIE:
10       Q   And, as far as Ethicon was concerned, if
11   they had told you about severe lifelong problems that
12   could result from the use of the Prolift -- That's
13   something you would have been keenly interested in,
14   correct?
15            MR. NORDEN:       Objection.
16            THE WITNESS:      Yes.  I would be very
17       interested in that.  It wouldn't mean that I
18       wouldn't use it, because I was already aware of
19       significant problems that could occur with use
20       of mesh.  But I was also aware that there were
21       particular prolapse issues -- that there was very
22       little else that was useful to deal with
23       it.
24   BY MR. McKENZIE:
25       Q   Uh-huh.

```
 1    system.
 2         Q    And that's when you would take the total
 3    and wrap it around the vagina, so the posterior and
 4    the anterior were still together, correct?
 5              MR. NORDEN:       Objection.
 6              THE WITNESS:      That's correct.
 7    BY MR. McKENZIE:
 8         Q    And, as far as the issue of dyspareunia, if
 9    you had known about severe dyspareunias that could
10    lead to lifelong complications and the inability to
11    have normal sexual intercourse, even if you cut
12    the implant, you would have wanted Ms. Williams to
13    know about that?
14              MR. NORDEN:       Objection.
15              THE WITNESS:      Well, I would have
16         wanted the patient to know that, but, in my
17         hands, when I split the system and made sure
18         that the system was put in loosely,
19         I didn't see any other significant
20         dyspareunia patients other than the ones where
21         the apex was covered.
22    BY MR. McKENZIE:
23         Q    And you certainly never heard anything in
24    the IFU, read anything in the IFU, or heard
25    anything from Ethicon similar to what we're talking
```

```
 1   about -- that, even with modification of the Total
 2   Prolift by cutting it, that they could still have
 3   lifelong severe dyspareunia -- that they could not
 4   have normal sexual relations?
 5           MR. NORDEN:      Objection.
 6           THE WITNESS:     No, I did not hear
 7       that.
 8   BY MR. McKENZIE:
 9       Q    And, as far as any other complications or
10   the fact that erosions -- shrinkage with the Total
11   Prolift may be so severe that it is debilitating and
12   lifelong, even after repeated surgeries, that it
13   could not be easily handled -- Did you ever hear
14   that from anyone at Ethicon?
15           MR. NORDEN:      Objection.
16           THE WITNESS:     No.
17   BY MR. McKENZIE:
18       Q    And you never did hear anything from
19   Ethicon regarding the rates of erosion and that there
20   were some studies out there that stated rates as high
21   as 20 to 50 percent of erosion, even distantly in
22   patients?
23           MR. NORDEN:      Objection.
24           THE WITNESS:     Actually, that
25       information was available, I think, at some of
```

```
 1      A    Yes.
 2      Q    And you had no complications, and, as far
 3   as you know, did it exactly as it was supposed to
 4   have been done?
 5      A    Correct.
 6      Q    And, as far as the implant itself, you were
 7   never told anything by Ethicon about the fact that
 8   the mesh that was being utilized in the quantities it
 9   was being utilized in the Prolift system could lead
10   to chronic inflammatory processes that would lead to
11   erosions distantly?
12           MR. NORDEN:       Objection.
13   BY MR. McKENZIE:
14      Q    Is that fair?
15      A    I hadn't heard that, and I don't
16   necessarily think it's completely correct.
17      Q    But it's certainly not something Ethicon
18   had told you?
19      A    No.
20      Q    And you certainly weren't told anything by
21   any representative of Ethicon that, in March of
22   '04, before the product had even hit the market,
23   they had come to the realization that the Gynecare
24   mesh was, "Overbuilt for the pelvic floor," and
25   that they needed a lighter product before -- to
```

Richard L. Heaton, M.D.

```
 1          I told them it was important that they remain
 2          active, then I guess I generally did have some
 3          discussion along those lines.
 4   BY MR. McKENZIE:
 5       Q   And you had never been told by Ethicon or
 6   the IFU that some women would have complications that
 7   would be completely untreatable from the insertion
 8   of the Prolift?
 9              MR. NORDEN:      Objection.
10              THE WITNESS:     No, I had not heard
11          that.
12   BY MR. McKENZIE:
13       Q   And, certainly, if you had, you would have
14   passed that onto your patient?
15              MR. NORDEN:      Objection.
16              THE WITNESS:     I'd have probably
17          looked for something else to do, because I'd
18          never want to do something that would
19          permanently damage somebody.
20   BY MR. McKENZIE:
21       Q   Okay.  And I think we've beat that drum
22   enough.
23              I want to transition now to Ethicon
24   and your involvement with them.
25              I have seen the term 'preceptor' utilized
```