IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TERRESSA WILLIAMS** and **RUSSELL WILLIAMS**, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: **5:20-cv-00234-MTT** |
| vs. | ) ) ) | |
| **ETHICON, INC.** and **JOHNSON & JOHNSON**, | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' OBJECTIONS AND COUNTER-DESIGNATIONS TO
DEFENDANTS' DEPOSITION DESIGNATIONS OF AXEL ARNAUD, M.D.**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations and Exhibits |
|---|---|---|
| **November 16, 2012** | | Plaintiffs incorporate their affirmative designations as counter designations. |
| | | |
| **533:21-533:22** | | |
| **534:2-534:16** | | |
| **534:17-535:3** | | |
| **535:4-535:16** | | |
| **535:17-536:6** | | |
| **536:14-537:20** | | |
| **538:11-539:12** | | |
| **539:15-542:14** | | |
| **542:19-542:24** | | |
| **543:14-545:18** | | |
| **546:9-547:7** | | |
| **547:8-547:18** | | |
| **547:21-548:18** | 401, 403, 701, 602 Misleading, Speculative, Relevance, Calls for Expert opinion. Compound. | |
| 00547 <br> 21        THE WITNESS: Yes.  Yes, they were <br> 22   satisfied, because that was the result of five year | | |

| **Defendants' Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Designations and Exhibits** |
|---|---|---|
| 23  of hard work. And for the first time, they would<br>24  have the tools and the precut mesh to perform the<br>25  procedure they wanted to perform.<br><br>00548<br> 1  BY MS. KABBASH:<br> 2     Q.   You were asked a few questions by Mr.<br> 3  Slater about Apogee® and Perigee®.<br> 4          Do you recall that?<br> 5     A.   I do.<br> 6     Q.   And Apogee® and Perigee® are mesh<br> 7  kits for prolapse repair that are marketed by AMS.<br> 8  Correct?<br> 9     A.   Correct.<br>10     Q.   And AMS is one of Ethicon's<br>11  competitors?<br>12     A.   Yes.<br>13     Q.   Did Apogee® and Perigee® launch to<br>14  the market before Prolift®?<br>15     A.   Yes.<br>16     Q.   Do you believe the Prolift® presented<br>17  risks that were new or different from the risks<br>18  presented by Apogee® and Perigee®? | | |
| 548:21-550:23 | 401, 403, 701, Misleading, Speculative, Relevance, Calls for Expert opinion. Compound. | |
| 00548<br>21          THE WITNESS:  No. I don't think --<br>22  on the contrary, I think, you know, what we tried to<br>23  bring with the Prolift® and its advanced tools, that<br>24  was tools that would allow to place the mesh in the<br>25  desired location in a way that is not only easy but<br><br>00549<br> 1  also totally atraumatic. And there was a big<br> 2  challenge in the development, and the big challenge<br> 3  was that you had, in all along the procedure, to go<br> 4  in one way and get back in the other way, which is<br> 5  very difficult if you have a traditional surgical<br> 6  tool, because if you have a surgical tool, you can<br> 7  go one way and maybe get back, but you need to exert<br> 8  a movement which is extremely traumatic for the | | |

| **Defendants' Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Designations and Exhibits** |
|---|---|---|
| 9  fragile structure which are the basis for the<br>10  repair, like the sacrospinous ligament or the -- the<br>11  ATFP, the so-called ATFP.  And that was the reason<br>12  why we came on the market with the sophisticated<br>13  tools, including cannula.  It's just to avoid these<br>14  traumatic maneuvers to get off the vagina.<br>15  BY MS. KABBASH:<br>16      Q.     You testified in response to some of<br>17  Mr. Slater's questions about Apogee® and Perigee®.<br>18  I believe your testimony was that the passage<br>19  through the obturator foramen was already well<br>20  known.<br>21          Do you recall that?<br>22      A.     Yes.<br>23      Q.     What did you mean by that?<br>24      A.     Well, the passage through the<br>25  obturator foramen with a needle is the most common<br><br>00550<br>1  procedure in stress urinary incontinence.  Most of<br>2  the device used in this area, whether TVT-O® or<br>3  Monarc® from one of our competitor, all of these<br>4  products includes passage of the needles through the<br>5  obturator foramen.<br>6      Q.     How about either Apogee® or Perigee®,<br>7  did either of those products involve an obturator<br>8  pass?<br>9      A.     I think so, yes.<br>10      Q.     You were also asked questions by Mr.<br>11  Slater, you were shown some e-mails, I believe<br>12  Exhibit 455 was one of them, regarding the issue of<br>13  tissue tearing during placement of the mesh.<br>14  Do you recall that?<br>15      A.     Yes.<br>16      Q.     When Prolift® --<br>17          When the Prolift® kit was launched,<br>18  did tissue tearing remain a concern at that point?<br>19      A.     Tissue tearing is something we have<br>20  been discussing very heavily, in particular with the<br>21  engineering team.  And this was no longer an issue<br>22  thanks to the really great innovative work that the<br>23  engineer did with this cannula. | | |

| **Defendants' Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Designations and Exhibits** |
|---|---|---|
| **552:7-552:15** | **401, 403, 701, Misleading, Speculative, Relevance, Calls for Expert opinion. Compound.** | |
| 00552<br>7  　　　Doctor, I want to ask you a question<br>8  about the Prolift® instructions for use.  There were<br>9  some questions on your examination by Mr. Slater<br>10  about the instructions for use.<br>11  　　　Has the Prolift® -- and we'll call it<br>12  the IFU for short.<br>13  　　　Has the Prolift® IFU warned doctors<br>14  about the risk of erosion and extrusion since the<br>15  launch of the Prolift®? | | |
| **552:17-552:25** | | |
| **554:10-555:2** | **401, 403, 701, Misleading, Speculative, Relevance, Calls for Expert opinion. Compound.** | |
| 00554<br>10  　Q.　Dr. Arnaud, you've been provided a<br>11  copy of Defense Exhibit 1 -- or, I'm sorry, D.<br>12  Arnaud-1.<br>13  　　　MR. SLATER:  Do you want a sticker to<br>14  put on it, so we keep it in the flow?  No?  Okay.<br>15  BY MS. KABBASH:<br>16  　Q.　And, sir, I will represent to you<br>17  that this is version B of the Prolift® IFU.  And it<br>18  has been -- this information has been shared among<br>19  the parties that this version of the IFU was the one<br>20  used at the launch of Prolift®.<br>21  　　　So I'd like you to take a look at the<br>22  last page, which contains the "CONTRAINDICATIONS,<br>23  WARNINGS AND PRECAUTIONS" and "ADVERSE REACTIONS"<br>24  and other information.<br>25  　　　And, again, my question was, do you<br><br>00555<br>1  believe that this Prolift® IFU appropriately conveys<br>2  to doctors the risk of pain? | | |
| **555:5-555:14** | **401, 403, 701, Misleading, Speculative, Relevance,** | |

4

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations and Exhibits |
|---|---|---|
| | Calls for Expert opinion. Compound. | |
| 00555<br>5    THE WITNESS:  Okay.  Well, if I read<br>6  this IFU, I can see the mention of "infection...<br>7  inflammation, adhesion...fistula...erosion,<br>8  extrusion...scarring."  So this is all the<br>9  complication, the mechanism of the complication that<br>10  can lead -- that can be related to implantable<br>11  textile and the -- well, the line after that is<br>12  mentioning the complication that are linked to the<br>13  passage, to the blind passage of needle.  So,<br>14  personally, I think everything is included in there. | | |
| **555:17-555:21** | 401, 403, 701, Misleading, Speculative, Relevance, Calls for Expert opinion. Compound. | |
| 00555<br>17  BY MS. KABBASH:<br>18    Q.   And do you believe that the things,<br>19  the adverse reactions that you just mentioned, do<br>20  you believe that they convey to the physician the<br>21  risk of pain to the patient? | | |
| **555:23-556:2** | 401, 403, 701, Misleading, Speculative, Relevance, Calls for Expert opinion. Compound. | |
| 00555<br>23    THE WITNESS:  Yeah.  Of course, I<br>24  believe, because every single word carries the<br>25  possibility of pain, you know, fistula, erosion,<br><br>00556<br>1  extrusion, inflammation, all these are a source of<br>2  pain. | | |
| **556:4-556:6** | | |
| **556:9-556:19** | 401, 403, 701, Misleading, Speculative, Relevance, Calls for Expert opinion. Compound. | |
| 00556 | | |

5

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations and Exhibits |
|---|---|---|
| 9          THE WITNESS: Yes, I do, because, you 10   know, the risk of pain during sexual intercourse is 11   not linked mainly to the use of an implant. It's 12   linked to the vaginal approach. So if you use a 13   vaginal approach, this is a risk you carry. 14          Now, if you use an implant that is 15   able to potentiate infection, to create 16   inflammation, to stimulate scarring, that's even 17   more obvious. So I believe that this IFU, when read 18   by a professional of surgery, in particular a pelvic 19   floor surgeon, is not missing anything. | | |
| 556:20-557:5 | | |
| 557:8-557:10 | | |
| 557:13-557:25 | | |
| 558:1-558:22 | | |
| 558:23-559:8 | | |
| 560:10-560:13 | | |
| 560:16-561:15 | | |
| 561:22-563:12 | **401, 403, 701, Misleading, Speculative, Relevance, Calls for Expert opinion. Compound., Leading** | |
| 00561 22   Q.   Doctor, do you recall before Mr. 23   Slater asked you -- or you were having a discussion 24   with him about whether information about mesh 25   shrinkage or contraction was reflected in this  00562 1   study? Do you recall that? 2      A.   I recall. 3      Q.   And you testified that you referred 4   to the information about dyspareunia that's in the 5   article because you believe that is one potential 6   manifestation of contraction? 7      A.   Yes. 8      Q.   Do you recall that testimony? 9      A.   Yes. 10     Q.   Is pelvic pain another potential 11   manifestation of mesh shrinkage or contraction? 12     A.   Certainly. 13     Q.   Could you look at page 1833 of the 14   article? | | |

6

| **Defendants' Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Designations and Exhibits** |
|---|---|---|
| 15   A.   Yes.<br>16   Q.   If you look in the first column, the<br>17  column starts with a heading that says "ADVERSE<br>18  EVENTS"?<br>19   A.   Yes.<br>20   Q.   And if you look at the second<br>21  paragraph?<br>22   A.   Yes.<br>23   Q.   There is some language there, and<br>24  I'll read it into the record.<br>25       "Adverse events during the first 2<br><br>00563<br>1  months of follow-up were generally transient, and<br>2  urinary tract infections, pelvic pain, and urine<br>3  retention predominated.  Five patients in the<br>4  mesh-repaired group reported severe pelvic pain at 2<br>5  months as compared with one patient in the<br>6  colporrhaphy group (P = 0.22); in all except one of<br>7  these patients (who was in the mesh-repair group),<br>8  the pain had resolved spontaneously by the 1-year<br>9  follow-up visit."<br>10      Is the pelvic pain that's referenced<br>11  here the type of pain that you testified can be<br>12  another outcome of contraction? | | |
| 563:15-564:4 | 401, 403, 701, Misleading, Speculative, Relevance, Calls for Expert opinion. Compound, Leading. | |
| 00563<br>15      THE WITNESS:  Well, it's a very tough<br>16  question, because anything related to pain, you<br>17  know, is very complex, because pain is<br>18  multifactorial.  So if you can rephrase your<br>19  question in taking this into account.<br>20  BY MS. KABBASH:<br>21   Q.   I understand the point you're making.<br>22      But this language in this article<br>23  does report on the number of patients who<br>24  experienced pelvic pain following a Prolift®<br>25  implant.  Correct?<br><br>00564 | | |

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations and Exhibits |
|---|---|---|
| 1  A.  Yes.<br>2  Q.  And it reports the information as to<br>3  when that pain resolved in those patients.  Correct?<br>4  A.  Yes. | | |
| 565:1-565:13 | | |
| 565:14-565:15 | | |
| 565:18-565:18 | 401, 403, Relevance, Speculation. | |
| 14  Q.  Did you believe that Prolift® was a<br>15  safe and effective product when it launched?<br>…<br>18        THE WITNESS:  Yes.  Yes, I did. | | |
| 565:19-565:21 | | |
| 568:17-569:5 | No objection subject to counters for completeness | 569:19-570:16; 571:22-572:12; 572:14 ending at "yes" |
| 572:17-573:3 | No objection subject to counters for completeness | 573:21-574:4 |

Dated: June 1, 2021

Respectfully submitted,

/s/ Jeremy McKenzie
Jeremy S. McKenzie  (GA Bar 436655)
jeremy@kmtrial.com
R. Paul Hart  (GA Bar 333694)
paul@kmtrial.com
C. Dorian Britt (GA Bar 083259)
dorian@kmtrial.com
**KARSMAN, MCKENZIE & HART**
21 W Park Ave
Savannah, GA 31401
Tel 912-335-4977
Fax 912-388-2503

Andrew N Faes (MO Bar 59721)
afaes@wcllp.com
**WAGSTAFF & CARTMELL**

8

> 4740 Grand Avenue, Ste. 300
> Kansas City, MO 64112
> Tel 816-701-1158
>
> *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 1st of June, 2021, thereby giving notice to all counsel of record.

> /s/ Jeremy McKenzie
> **Counsel for Plaintiffs**